# Supreme Court of Pennsylvania
## Court of Common Pleas
## Civil Cover Sheet

_____ **Delaware** _____ **County**

| For Prothonotary Use Only: | |
|---|---|
| Docket No: | TIME STAMP |

*The information collected on this form is used solely for court administration purposes. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.*

## SECTION A

**Commencement of Action:**

- ☒ Complaint
- ☒ Writ of Summons
- ☐ Transfer from Another Jurisdiction
- ☐ Petition
- ☐ Declaration of Taking

| Lead Plaintiff's Name:<br>Anthony Pierre | Lead Defendant's Name:<br>Delaware County d/b/a George W. Hill Correctional Facil |
|---|---|

| Are money damages requested? ☒ Yes ☐ No | Dollar Amount Requested:<br>(check one) | ☐ within arbitration limits<br>☒ outside arbitration limits |
|---|---|---|

| Is this a *Class Action Suit*? ☐ Yes ☒ No | Is this an *MDJ Appeal*? ☐ Yes ☒ No |
|---|---|

Name of Plaintiff/Appellant's Attorney: __Gary Schafkopf Esq / David A. Berlin Esq / Matthew B. Weisberg Esq__

☐ **Check here if you have no attorney (are a Self-Represented [Pro Se] Litigant)**

## SECTION B

**Nature of the Case:** Place an "X" to the left of the **ONE** case category that most accurately describes your **PRIMARY CASE.** If you are making more than one type of claim, check the one that you consider most important.

**TORT** *(do not include Mass Tort)*
- ☐ Intentional
- ☐ Malicious Prosecution
- ☐ Motor Vehicle
- ☐ Nuisance
- ☐ Premises Liability
- ☐ Product Liability *(does not include mass tort)*
- ☐ Slander/Libel/ Defamation
- ☒ Other:
  __Civil Rights Violation__

**MASS TORT**
- ☐ Asbestos
- ☐ Tobacco
- ☐ Toxic Tort - DES
- ☐ Toxic Tort - Implant
- ☐ Toxic Waste
- ☐ Other: _____

**PROFESSIONAL LIABLITY**
- ☐ Dental
- ☐ Legal
- ☐ Medical
- ☐ Other Professional: _____

**CONTRACT** *(do not include Judgments)*
- ☐ Buyer Plaintiff
- ☐ Debt Collection: Credit Card
- ☐ Debt Collection: Other
  _____
  _____
- ☐ Employment Dispute: Discrimination
- ☐ Employment Dispute: Other
  _____
- ☒ Other: _____

**REAL PROPERTY**
- ☐ Ejectment
- ☐ Eminent Domain/Condemnation
- ☐ Ground Rent
- ☐ Landlord/Tenant Dispute
- ☐ Mortgage Foreclosure: Residential
- ☐ Mortgage Foreclosure: Commercial
- ☐ Partition
- ☐ Quiet Title
- ☐ Other: _____

**CIVIL APPEALS**
Administrative Agencies
- ☐ Board of Assessment
- ☐ Board of Elections
- ☐ Dept. of Transportation
- ☐ Statutory Appeal: Other
  _____
  _____
- ☐ Zoning Board
- ☐ Other: _____

**MISCELLANEOUS**
- ☐ Common Law/Statutory Arbitration
- ☐ Declaratory Judgment
- ☐ Mandamus
- ☐ Non-Domestic Relations Restraining Order
- ☐ Quo Warranto
- ☐ Replevin
- ☐ Other: _____

*Updated 1/1/2011*

WEISBERG LAW
David A. Berlin, Esquire
Attorney Id. No. 314400
Matthew B. Weisberg, Attorney ID No. 85570
7 South Morton Ave.
Morton, PA 19070
610-690-0801
Fax: 610-690-0880
Attorney for Plaintiff

SCHAFKOPF LAW LLC
Gary Schafkopf, Attorney ID No. 83362
11 Bala Ave
Bala Cynwyd, PA 19004
610-664-5200 Ext 104
Fax: 888-283-1334
Attorney for Plaintiff

| | |
|---|---|
| **ANTHONY PIERRE**<br>Inmate No. 19009149<br>500 Cheyney Rd<br>Thornton, PA 19373<br><br>Plaintiff<br><br>v.<br><br>**DELAWARE COUNTY D/B/A**<br>**GEORGE W. HILL**<br>**CORRETIONAL FACILITY**<br>500 Cheyney Rd<br>Thornton, PA 19373<br><br>and<br><br>**LAURA K. WILLIAMS**<br>Individually and in her official capacity as<br>Warden<br>500 Cheyney Rd<br>Thornton, PA 19373<br><br>and<br><br>**DELE FALY**<br>Individually and in his official capacity as<br>Deputy Warden of Programs and Support<br>500 Cheyney Rd<br>Thornton, PA 19373<br><br>and<br><br>**LISA MASTRODDI**<br>Individually and in her official capacity as<br>Deputy Warden of Operations and<br>Administration | DELAWARE COUNTY COURT OF<br>COMMON PLEAS<br><br>No.<br><br><br>**JURY TRIAL OF TWELVE (12)**<br>**JURORS DEMANDED** |

500 Cheyney Rd
Thornton, PA 19373          :
                           :
and                        :
                           :
**K. MOORE**                   :
Individually and in his official capacity as    :
Correctional Officer       :
500 Cheyney Rd             :
Thornton, PA 19373         :
                           :
and                        :
                           :
**G. BLEE**                    :
Individually and in his official capacity as    :
Correctional Officer       :
500 Cheyney Rd             :
Thornton, PA 19373         :
                           :
and                        :
                           :
**MIKE MOORE**                 :
Individually and in his official capacity as    :
Classification Officer     :
500 Cheyney Rd             :
Thornton, PA 19373         :
                           :
and                        :
                           :
**SERGEANT HAMRE**             :
Individually and in his official capacity as    :
Sergeant                   :
500 Cheyney Rd             :
Thornton, PA 19373         :
                           :
and                        :
                           :
**SERGEANT SICOLLE**           :
Individually and in his official capacity as    :
Sergeant                   :
500 Cheyney Rd             :
Thornton, PA 19373         :
                           :
and                        :
                           :

**SERGEANT RICHBERT**                                                :
Individually and in his official capacity as                        :
Sergeant                                                            :
500 Cheyney Rd                                                      :
Thornton, PA 19373                                                  :
                                                                    :
and                                                                 :
                                                                    :
**JESSAMINE HEALTHCARE, INC.**                                      :
1283 Murfreesboro Road, Suite 500                                   :
Nashville, TN 37217                                                 :
                                                                    :
and                                                                 :
                                                                    :
**JESSAMINE HEALTHCARE, INC.**                                      :
**d/b/a**                                                           :
**CORRECT CARE SOLUTIONS, LLC/**                                    :
**WELLPATH, LLC**                                                   :
1283 Murfreesboro Road, Suite 500                                   :
Nashville, TN 37217                                                 :
                                                                    :
and                                                                 :
                                                                    :
**CORRECT CARE SOLUTIONS, LLC/**                                    :
**WELLPATH, LLC**                                                   :
1283 Murfreesboro Road, Suite 500                                   :
Nashville, TN 37217                                                 :
                                                                    :
and                                                                 :
                                                                    :
**DR. NANCY (Last Name Currently**                                  :
**Unknown)**                                                        :
Individually and in her official capacity as                        :
Physician for                                                       :
JESSAMINE HEALTHCARE,                                               :
INC./CORRECT CARE SOLUTIONS,                                        :
LLC/                                                                :
WELLPATH, LLC                                                       :
1283 Murfreesboro Road, Suite 500                                   :
Nashville, TN 37217                                                 :
                                                                    :
 and                                                                :
                                                                    :
**NURSE HAITAN**                                                    :
Individually and in his official capacity as                        :
Nurse for                                                           :

JESSAMINE HEALTHCARE,                    :
INC./CORRECT CARE SOLUTIONS,             :
LLC/                                     :
WELLPATH, LLC                            :
1283 Murfreesboro Road, Suite 500        :
Nashville, TN 37217                      :
                                         :

       Defendants.

## NOTICE TO DEFEND

| NOTICE | AVISO |
|---|---|
| You have been sued in court.  If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff.  You may lose money or property or other rights important to you.<br>YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE.  IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW.  THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.<br> IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.<br><br>Delaware County Bar Association<br>335 W Front St | Le han demandado a usted en la corte.  Si usted quiere defenderse de estas demandas ex-puestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta asentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona.  Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda.  Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.<br><br>USTED LE DEBE TOMAR ESTE PAPEL A SU ABOGADO INMEDIATAMENTE. SI USTED NO TIENE A UN ABOGADO, VA A O TELEFONEA LA OFICINA EXPUSO ABAJO. ESTA OFICINA LO PUEDE PROPORCIONAR CON INFORMATION ACERCA DE EMPLEAR A UN ABOGADO.<br>SI USTED NO PUEDE PROPORCIONAR PARA EMPLEAR UN ABOGADO, ESTA OFICINA PUEDE SER CAPAZ DE PROPORCIONARLO CON INFORMACION ACERCA DE LAS AGENCIAS QUE PUEDEN OFRECER LOS SERVICIOS LEGALES A PERSONAS |

| | |
|---|---|
| Media, PA 19063<br>(610) 566-6625 | ELEGIBLES EN UN HONORARIO<br>REDUCIDO NI NINGUN HONORARIO.<br><br>Delaware County Bar Association<br>335 W Front St<br>Media, PA 19063<br>(610) 566-6625 |

WEISBERG LAW
David A. Berlin, Esquire
Attorney Id. No. 314400
Matthew B. Weisberg, Attorney ID No. 85570
7 South Morton Ave.
Morton, PA 19070
610-690-0801
Fax: 610-690-0880
Attorney for Plaintiff

SCHAFKOPF LAW LLC
Gary Schafkopf, Attorney ID No. 83362
11 Bala Ave
Bala Cynwyd, PA 19004
610-664-5200 Ext 104
Fax: 888-283-1334
Attorney for Plaintiff

| | |
|---|---|
| **ANTHONY PIERRE**<br>Inmate No. 19009149<br>500 Cheyney Rd<br>Thornton, PA 19373 | DELAWARE COUNTY COURT OF<br>COMMON PLEAS |
| Plaintiff | No. |
| v. | |
| **DELAWARE COUNTY D/B/A<br>GEORGE W. HILL<br>CORRETIONAL FACILITY**<br>500 Cheyney Rd<br>Thornton, PA 19373 | **JURY TRIAL OF TWELVE (12)<br>JURORS DEMANDED** |
| and | |
| **LAURA K. WILLIAMS**<br>Individually and in her official capacity as<br>Warden<br>500 Cheyney Rd<br>Thornton, PA 19373 | |
| and | |
| **DELE FALY**<br>Individually and in his official capacity as<br>Deputy Warden of Programs and Support<br>500 Cheyney Rd<br>Thornton, PA 19373 | |
| and | |
| **LISA MASTRODDI**<br>Individually and in her official capacity as<br>Deputy Warden of Operations and<br>Administration | |

500 Cheyney Rd                                          :
Thornton, PA 19373                                      :
                                                        :
and                                                     :
                                                        :
**K. MOORE**                                            :
Individually and in his official capacity as            :
Correctional Officer                                    :
500 Cheyney Rd                                          :
Thornton, PA 19373                                      :
                                                        :
and                                                     :
                                                        :
**G. BLEE**                                             :
Individually and in his official capacity as            :
Correctional Officer                                    :
500 Cheyney Rd                                          :
Thornton, PA 19373                                      :
                                                        :
and                                                     :
                                                        :
**MIKE MOORE**                                          :
Individually and in his official capacity as            :
Classification Officer                                  :
500 Cheyney Rd                                          :
Thornton, PA 19373                                      :
                                                        :
and                                                     :
                                                        :
**SERGEANT HAMRE**                                      :
Individually and in his official capacity as            :
Sergeant                                                :
500 Cheyney Rd                                          :
Thornton, PA 19373                                      :
                                                        :
and                                                     :
                                                        :
**SERGEANT SICOLLE**                                    :
Individually and in his official capacity as            :
Sergeant                                                :
500 Cheyney Rd                                          :
Thornton, PA 19373                                      :
                                                        :
and                                                     :
                                                        :

**SERGEANT RICHBERT**                      :
Individually and in his official capacity as   :
Sergeant
500 Cheyney Rd                             :
Thornton, PA 19373                         :
                                           :
and                                        :
                                           :
**JESSAMINE HEALTHCARE, INC.**             :
1283 Murfreesboro Road, Suite 500          :
Nashville, TN 37217                        :
                                           :
and                                        :
                                           :
**JESSAMINE HEALTHCARE, INC.**             :
**d/b/a**                                  :
**CORRECT CARE SOLUTIONS, LLC/**           :
**WELLPATH, LLC**                          :
1283 Murfreesboro Road, Suite 500          :
Nashville, TN 37217                        :
                                           :
and                                        :
                                           :
**CORRECT CARE SOLUTIONS, LLC/**           :
**WELLPATH, LLC**                          :
1283 Murfreesboro Road, Suite 500          :
Nashville, TN 37217                        :
                                           :
and                                        :
                                           :
**DR. NANCY (Last Name Currently**         :
**Unknown)**                               :
Individually and in her official capacity as   :
Physician for                              :
JESSAMINE HEALTHCARE,                      :
INC./CORRECT CARE SOLUTIONS,               :
LLC/                                       :
WELLPATH, LLC                              :
1283 Murfreesboro Road, Suite 500          :
Nashville, TN 37217                        :
                                           :
and                                        :
                                           :
**NURSE HAITAN**                           :
Individually and in his official capacity as   :
Nurse for                                  :

| | |
|---|---|
| JESSAMINE HEALTHCARE, | : |
| INC./CORRECT CARE SOLUTIONS, | : |
| LLC/ | : |
| WELLPATH, LLC | : |
| 1283 Murfreesboro Road, Suite 500 | : |
| Nashville, TN 37217 | : |
| | : |
| | : |
| Defendants. | : |

## CIVIL ACTION COMPLAINT

1. Plaintiff, Anthony Pierre, is an adult male, currently in custody at Delaware County d/b/a George W. Hill Correctional Facility, inmate number 19009149. At all times material, Plaintiff was incarcerated at George W. Hill Correctional.

2. Defendant, Delaware County d/b/a George W. Hill Correctional Facility ("George W. Hill"), is a prison that, at all times material herein, acted in its official capacity.

3. Defendant, Laura K. Williams ("Williams"), is an adult individual who, at all times material herein, acted individually as Warden at George W. Hill Correctional Facility.

4. Defendant, Dele Faly ("Faly"), is an adult individual who, at all times material herein, acted individually as Deputy Warden of Security at George W. Hill Correctional Facility.

5. Defendant, Lisa Mastroddi ("Mastroddi"), is an adult individual who, at all times material herein, acted individually as Deputy Warden of Operations and Administration at George W. Hill Correctional Facility.

6. Defendant, K. Moore ("Moore"), is an adult individual who, at all times material herein, acted individually as Correctional Officer at George W. Hill Correctional Facility.

7. Defendant, G. Blee ("Blee"), is an adult individual who, at all times material herein, acted individually as Correctional Officer at George W. Hill Correctional Facility.

8. Defendant, Mike Moore ("M. Moore"), is an adult individual who, at all times material

herein, acted individually as Classification Officer at George W. Hill Correctional Facility.

9.  Defendant, Sergeant Hambre ("Hambre"), is an adult individual who, at all times material herein, acted individually as Sergeant at George W. Hill Correctional Facility.

10. Defendant, Sergeant Sicolle ("Sicolle"), is an adult individual who, at all times material herein, acted individually as Sergeant at George W. Hill Correctional Facility.

11. Defendant, Sergeant Richbert ("Richbert"), is an adult individual who, at all times material herein, acted individually as Sergeant at George W. Hill Correctional Facility.

12. Defendant Jessamine Healthcare Inc. d/b/a Wellpath LLC, formerly known as Correct Care Solutions, LLC, (collectively "Wellpath") are Pennsylvania limited liability, for profit corporations doing business at all times pertinent to this Complaint, inter alia, at the above facility in Delaware County. At all times material to the allegations of this Complaint Wellpath, a vendor, contracted with the DOC for the provision of medical and health services, and was responsible for providing prison health services and appropriate and timely care and treatment to inmates, and generally protecting the medical welfare of inmates at various facilities in Pennsylvania, including at all the state correctional institutes, where plaintiff has been housed.

13. Defendant, Dr. Nancy, whose last name is currently unknown, is an adult individual who, at all times material herein, acted individually and in her official capacity as Physician for Wellpath at George W. Hill Correctional Facility.

14. Defendant, Nurse Haitan, whose first name is currently unknown, is an adult individual who, at all times material herein, acted individually and in his official capacity as Nurse for Wellpath at George W. Hill Correctional Facility.

15. Venue is proper in this Honorable Court as the events giving rise to this action occurred in

Delaware County.

## OPERATIVE FACTS

15. The above paragraphs are incorporated herein by reference.

16. On or about March 22, 2022, Plaintiff was an inmate at George W. Hill Correctional Facility. Plaintiff was in solitary confinement and was informed by Defendant, Hambre, there was a credible hit on Plaintiff, and they wanted to move him to a safer location.

17. On or around March 24, 2022, Defendants, Moore and Sicolle, were assisting with the transfer of Plaintiff. Plaintiff was told by Defendant, Moore, that if he wanted to leave solitary confinement, he had to pick up food trays.

18. While Plaintiff started to pick up the food trays, Defendant, Moore, improperly opened two inmates' cells. As Plaintiff's back was turned to pick up the food trays, he was attacked by one of the inmates.

19. The inmate also threw water on Plaintiff which caused him to slip and fall during the physical altercation. Plaintiff's fall caused him to sustain injuries to his right knee and right leg.

20. It is standard procedure for every inmate to be handcuffed when they exit their cell in solitary confinement. Neither Plaintiff, nor the two inmates, were handcuffed at the time.

21. Upon information and belief, Defendants, Moore and Sicolle, knew or should have known about Plaintiff's credible hit and failed to properly protect Plaintiff.

22. Following the incident, Plaintiff went to medical for his injuries, but they told him he wasn't injured and sent him back to his cell.

23. The following day, Plaintiff woke up with intense swelling of his right knee and sharp pains to his right leg. Plaintiff also had extreme difficulty with standing and walking.

24. Plaintiff asked to be seen by medical, but Defendant, Richbert, refused.

25. On or about March 31, 2022, Plaintiff was eventually able to see Defendant, Dr. Nancy, who told Plaintiff that he had a swollen tendon. Defendant, Haitan, provided Motrin and informed Plaintiff that he would order X-Rays. To date, no X-Rays have been scheduled.

26. Plaintiff continues to suffer from his injuries that occurred on March 22, 2022. Plaintiff still suffers from tendon pain and is unable to exercise or play basketball.

27. Plaintiff has suffered and continues to suffer severe physical and emotional distress as a result of Defendants' conduct.

## COUNT I
## EIGTH AMENDMENT VIOLATION-FAILURE TO PROTECT/ CRUEL AND UNUSUAL PUNISHMENT
### *Plaintiff v. All Defendants*

28. The above paragraphs are incorporated herein by reference.

29. Plaintiff incorporates by reference all prior paragraphs as if fully set forth at length herein.

30. Defendants failed to protect Plaintiff from being assaulted by a separate inmate.

31. Defendants' actions stated above, inter alia, were violations of Plaintiff's clearly establish and well settled Constitutional and other legal rights.

32. Defendants caused Plaintiff to suffer cruel and unusual punishment in violation of the Eighth Amendment of the United States Constitution, actionable through 42 U.S.C. §1983, et seq.

WHEREFORE, Plaintiff demands judgment in their favor and against Defendant, individually, jointly and/or severally, in an amount in excess of fifty thousand dollars ($50,000.00), including punitive damages, and further relief as this Honorable Court deems necessary and just, including attorney's fees and costs.

**COUNT II**
**NEGLIGENCE**
*Plaintiff v. Defendants, Williams, Faly, Mastroddi,*
*Moore, Blee, M. Moore, Hambre, Sicolle, Richbert*

33. Plaintiff incorporates by reference all prior paragraphs as if fully set forth at length
    herein.

34. At all times material, Defendants breached their duty of care to Plaintiff, acting
    negligently, recklessly, and carelessly, and in the following regards, respectively:

   a.  Failing to properly provide a safe environment for all inmates;

   b.  Failing to protect the well-being of inmates;

   c.  Other conduct that deviated from the applicable standard of
       care.

35. As a direct and proximate result of Defendants' negligence, carelessness and
    recklessness, Plaintiff suffered actual loss.

   WHEREFORE, Plaintiff demands judgment in their favor and against Defendants,
individually, jointly and/or severally, in an amount in excess of fifty thousand dollars ($50,000.00),
including punitive damages, and further relief as this Honorable Court deems necessary and just,
including attorney's fees and costs.

**COUNT III**
**EIGTH AMENDMENT VIOLATION-FAILURE TO PROVIDE MEDICAL CARE**
**AND TREATMENT/CRUEL AND UNUSUAL PUNISHMENT**
*Plaintiff v. All Defendants*

39. The above paragraphs are incorporated herein by reference.

40. Plaintiff incorporates by reference all prior paragraphs as if fully set forth at length
    herein.

41. Defendants showed deliberate indifference to Plaintiff's serious medical needs and wanton

infliction of pain.

42. Defendants' actions stated above, inter alia, were violations of Plaintiff's clearly establish and well settled Constitutional and other legal rights.

43. Defendants caused Plaintiff to suffer cruel and unusual punishment in violation of the Eighth Amendment of the United States Constitution, actionable through 42 U.S.C. §1983, et seq.

WHEREFORE, Plaintiff demands judgment in their favor and against Defendants, individually, jointly and/or severally, in an amount in excess of fifty thousand dollars ($50,000.00), including punitive damages, and further relief as this Honorable Court deems necessary and just, including attorney's fees and costs.

### COUNT IV
### NEGLIGENCE
*Plaintiff v. Defendants, Wellpath, Dr. Nancy, Haitan,*

44. Plaintiff incorporates by reference all prior paragraphs as if fully set forth at length herein.

45. At all times material, Defendants breached their duty of care to Plaintiff, acting negligently, recklessly, and carelessly, and in the following regards, respectively:

   a. Failing to provide Plaintiff with proper medical care;

   b. Failing to provide Plaintiff with the proper accommodations for his medical needs;

   c. Other conduct that deviated from the applicable standard of care.

46. As a direct and proximate result of Defendants' negligence, carelessness and recklessness, Plaintiff suffered actual loss.

WHEREFORE, Plaintiff demands judgment in their favor and against Defendants, individually, jointly and/or severally, in an amount in excess of fifty thousand dollars ($50,000.00), including punitive damages, and further relief as this Honorable Court deems necessary and just, including attorney's fees and costs.

Respectfully Submitted,

WEISBERG LAW
/s/ David Berlin
David Berlin, Esquire
Matthew B. Weisberg, Esquire

SCHAFKOPF LAW
/s/ Gary Schafkopf
Gary Schafkopf, Esquire

Attorneys for Plaintiff

DATED: June 16, 2022