# SHERIFF'S DEPARTMENT
### DELAWARE COUNTY
201 WEST FRONT STREET, MEDIA, PENNSYLVANIA 19063 (610) 891-4296

**SHERIFF SERVICE PROCESS RECEIPT, and AFFIDAVIT OF RETURN**

INSTRUCTIONS FOR SERVICE OF PROCESS: You must file one instruction sheet for each defendant. Please type. Do Not detach any copies.

1. PLAINTIFF/S/: Anthony Pierre
2. COURT NUMBER: CV-2022-004140
3. DEFENDANT/S/: Delaware County d/b/a George W. Hill Correctional Facility et al
4. TYPE OF WRIT OR COMPLAINT: Complaint

**SERVE AT**
5. NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVICE: G. Blee
6. ADDRESS: 500 Cheyney Rd Thornton PA 19373

7. INDICATE UNUSUAL SERVICE: ☐ REG MAIL ☐ DEPUTIZE ☐ POST ☐ OTHER

Now, _____, 20___, I, SHERIFF OF DELAWARE COUNTY, PA., do hereby deputize the Sheriff of _____ County to execute this Writ and make return thereof according to law. This deputation being made at the request and risk of the plaintiff.

SHERIFF OF DELAWARE COUNTY

8. SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE

**Deputy Sheriff**
Invoice No. 477636
Amount Pd. $327.00
Docket #
Page 9 of 10
10 copies

NOTE ONLY APPLICABLE ON WRIT OF EXECUTION: N.B. WAIVER OF WATCHMAN — Any deputy sheriff levying upon or attaching any property under within writ may leave same without a watchman, in custody of whomever is found in possession, after notifying person of levy or attachment, without liability on the part of such deputy or the sheriff to any plaintiff herein for any loss, destruction or removal of any such property before sheriff's sale thereof.

9. PRINT/TYPE NAME AND ADDRESS OF ATTORNEY/ORIGINATOR:
Gary Schafkopf, Esq
11 Bala Ave
Bala Cynwyd PA 19004

10. TELEPHONE NUMBER: 610-664-5200
11. DATE: 7/6/22
12. SIGNATURE: (S) Gary Schafkopf

**SPACE BELOW FOR USE OF SHERIFF ONLY – DO NOT WRITE BELOW THIS LINE**

13. I acknowledge receipt of the writ or complaint as indicated above
SIGNATURE of Authorized DCSD Deputy or Clerk and Title: MMH
14. Date Filed: RE/6-24-22
15. Expiration/Hearing date: 30 Days

**TO BE COMPLETED BY SHERIFF**

16. Served and made known to Laura K. Williams, Defendant(s) on the 19th day of July, 20 22, at 2:00 o'clock, P .M., at 500 Cheyney Rd, Thornton PA 19373 Street, County of Delaware, Commonwealth of Pennsylvania, in the manner described below:

☐ Defendant(s) personally served.
☐ Adult family member with whom said Defendant(s) reside(s). Relationship is _____
☐ Adult in charge of Defendant's residence.
☐ Manager/Clerk of place of lodging in which Defendant(s) reside(s).
☒ Agent or person in charge of Defendant's office or usual place of business. Warden
☐ Posted _____
☐ Other _____

On the ____ day of _____, 20___, at ____ o'clock, ____ M.
Defendant not found because:
☐ Moved  ☐ Unknown  ☐ No Answer  ☐ Vacant  ☐ Other _____

REMARKS:
RETURNED:

17. AFFIRMED and subscribed to before me this
20 day of _____ 20___
23. _____ Notary Public
MY COMMISSION EXPIRES

**SO ANSWER.**
18. Signature of Dep/Sheriff: Kevin Sanders
21. Signature of Sheriff
19. Date: 7/19/22
22. Date

24. I ACKNOWLEDGE RECEIPT OF THE SHERIFF'S RETURN SIGNATURE OF AUTHORIZED ISSUING AUTHORITY AND TITLE: Jerry L. Sanders Jr.
25. Date Received: JUL 20 2022

SHERIFF OF DELAWARE COUNTY

DCSD-1-1989

Copying Prohibited

1. ISSUING AUTHORITY

# SHERIFF'S DEPARTMENT
## DELAWARE COUNTY
201 WEST FRONT STREET, MEDIA, PENNSYLVANIA 19063 (610) 891-4296

**SHERIFF SERVICE PROCESS RECEIPT, and AFFIDAVIT OF RETURN**

INSTRUCTIONS FOR SERVICE OF PROCESS: You must file one instruction sheet for each defendant. Please type. Do Not detach any copies.

1. PLAINTIFF/S/: Anthony Pierre
2. COURT NUMBER: CV-2022-004140
3. DEFENDANT/S/: Delaware County d/b/a George W. Hill Correctional Facility
4. TYPE OF WRIT OR COMPLAINT: Complaint

**SERVE AT:**
5. NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVICE: K. Moore
6. ADDRESS: 500 Cheyney Rd Thornton PA 19373
7. INDICATE UNUSUAL SERVICE: ☐ REG MAIL ☐ DEPUTIZE ☐ POST ☐ OTHER

Now, _____ 20__, I, SHERIFF OF DELAWARE COUNTY, PA., do hereby deputize the Sheriff of _____ County to execute this Writ and make return thereof according to law. This deputation being made at the request and risk of the plaintiff.

SHERIFF OF DELAWARE COUNTY

8. SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE

Deputy Sheriff
Invoice No. 477636
Amount Pd. $327.00
Docket #
Page 10 of 10                                   10 copies

NOTE ONLY APPLICABLE ON WRIT OF EXECUTION: N.B. WAIVER OF WATCHMAN — Any deputy sheriff levying upon or attaching any property under within writ may leave same without a watchman, in custody of whomever is found in possession, after notifying person of levy or attachment, without liability on the part of such deputy or the sheriff to any plaintiff herein for any loss, destruction or removal of any such property before sheriff's sale thereof.

9. PRINT/TYPE NAME AND ADDRESS OF ATTORNEY/ORIGINATOR:
Gary Schafkopf, Esq
11 Bala Ave
Bala Cynwyd PA 19004

10. TELEPHONE NUMBER: 610-664-5200
11. DATE: 7/6/22
12. SIGNATURE: /s/ Gary Schafkopf

**SPACE BELOW FOR USE OF SHERIFF ONLY – DO NOT WRITE BELOW THIS LINE**

13. I acknowledge receipt of the writ or complaint as indicated above
SIGNATURE of Authorized DCSD Deputy or Clerk and Title: MMH RE
14. Date Filed: 6-24-22
15. Expiration/Hearing date: 30 Days

TO BE COMPLETED BY SHERIFF

16. Served and made known to Laura K. Williams on the 19th day of July, 20 22, at 2:00 o'clock, P.M., at 500 Cheyney Rd, Thornton PA 19373, Defendant(s) Street, County of Delaware, Commonwealth of Pennsylvania, in the manner described below:
☐ Defendant(s) personally served.
☐ Adult family member with whom said Defendant(s) reside(s). Relationship is _____
☐ Adult in charge of Defendant's residence.
☐ Manager/Clerk of place of lodging in which Defendant(s) reside(s).
☒ Agent or person in charge of Defendant's office or usual place of business. Warden
☐ Posted
☐ Other

On the ___ day of _____, 20__, at ___ o'clock, ___ M.
Defendant not found because:
☐ Moved  ☐ Unknown  ☐ No Answer  ☐ Vacant  ☐ Other

REMARKS:
RETURNED:

17. AFFIRMED and subscribed to before me this
20 day of _____ 20__
23. _____ Notary Public
MY COMMISSION EXPIRES

SO ANSWER
18. Signature of Dep. Sheriff: Kevin Sander
19. Date: 7/19/22
21. Signature of Sheriff: Jerry L. Sanders Jr.
22. Date:

SHERIFF OF DELAWARE COUNTY

24. I ACKNOWLEDGE RECEIPT OF THE SHERIFF'S RETURN SIGNATURE OF AUTHORIZED ISSUING AUTHORITY AND TITLE
25. Date Received: JUL 20 2022

DCSD-1-1989

FILED
07-27-2022 02:03 PM
OFFICE OF JUDICIAL SUPPORT
DELAWARE COUNTY, PA

1. ISSUING AUTHORITY

# SHERIFF'S DEPARTMENT
## DELAWARE COUNTY
201 WEST FRONT STREET, MEDIA, PENNSYLVANIA 19063 (610) 891-4296

**SHERIFF SERVICE PROCESS RECEIPT, and AFFIDAVIT OF RETURN**

INSTRUCTIONS FOR SERVICE OF PROCESS: You must file one instruction sheet for each defendant. Please type. Do Not detach any copies.

1. PLAINTIFF/S/: Anthony Picini
2. COURT NUMBER: CV-2022-004145
3. DEFENDANT/S/: Delaware County d/b/a George W. Hill Correctional Facility et
4. TYPE OF WRIT OR COMPLAINT: Complaint
5. NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE: **SERVE** Mike Moore
6. ADDRESS: **AT** 500 Cheyney Rd Thornton PA 19373
7. INDICATE UNUSUAL SERVICE: ☐ REG MAIL ☐ DEPUTIZE ☐ POST ☐ OTHER

Now, _____ 20___, I, SHERIFF OF DELAWARE COUNTY, PA., do hereby deputize the Sheriff of _____ County to execute this Writ and make return thereof according to law. This deputation being made at the request and risk of the plaintiff.

SHERIFF OF DELAWARE COUNTY

8. SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE

Deputy Sheriff
Invoice No. 477636
Amount Pd. $327.00
Docket #
Page 8 of 10
10 Copies

NOTE ONLY APPLICABLE ON WRIT OF EXECUTION: N.B. WAIVER OF WATCHMAN — Any deputy sheriff levying upon or attaching any property under within writ may leave same without a watchman, in custody of whomever is found in possession, after notifying person of levy or attachment, without liability on the part of such deputy or the sheriff to any plaintiff herein for any loss, destruction or removal of any such property before sheriff's sale thereof.

9. PRINT/TYPE NAME AND ADDRESS OF ATTORNEY/ORIGINATOR: Gary Schafkopf Esq, 11 Bala Ave, Bala Cynwyd PA 19004
10. TELEPHONE NUMBER: 610 664-5200
11. DATE: 7/6/22
12. SIGNATURE: /s/ Gary Schafkopf

**SPACE BELOW FOR USE OF SHERIFF ONLY – DO NOT WRITE BELOW THIS LINE**

13. I acknowledge receipt of the writ or complaint as indicated above.
SIGNATURE of Authorized DCSD Deputy or Clerk and Title: MMH RE/6-24-22
14. Date Filed: 6-24-22
15. Expiration/Hearing date: 30 Days

**TO BE COMPLETED BY SHERIFF**

16. Served and made known to Laura K. Williams, Defendant(s) on the 19th day of July, 20 22, at 200 o'clock, P.M. at 500 Cheyney Rd, Thornton PA 19373 Street, County of Delaware, Commonwealth of Pennsylvania, in the manner described below:
☐ Defendant(s) personally served.
☐ Adult family member with whom said Defendant(s) reside(s). Relationship is _____
☐ Adult in charge of Defendant's residence.
☐ Manager/Clerk of place of lodging in which Defendant(s) reside(s).
☒ Agent or person in charge of Defendant's office or usual place of business. Warden
☐ Posted
☐ Other

On the ____ day of ____, 20__, at ____ o'clock, __M.
Defendant not found because:
☐ Moved  ☐ Unknown  ☐ No Answer  ☐ Vacant  ☐ Other _____

REMARKS:
RETURNED:

SO ANSWER.

17. AFFIRMED and subscribed to before me this
20 day of ____ 20 ____
18. Signature of Dep. Sheriff: Kevin Scanlan
19. Date: 7/19/22
21. Signature of Sheriff:
22. Date:
23. Notary Public
MY COMMISSION EXPIRES
24. I ACKNOWLEDGE RECEIPT OF THE SHERIFF'S RETURN SIGNATURE OF AUTHORIZED ISSUING AUTHORITY AND TITLE. Jerry L. Sanders Jr.
SHERIFF OF DELAWARE COUNTY
25. Date Received: JUL 20 2022

DCSD-1-1989

1. ISSUING AUTHORITY

Copying Prohibited

# SHERIFF'S DEPARTMENT
### DELAWARE COUNTY
201 WEST FRONT STREET, MEDIA, PENNSYLVANIA 19063 (610) 891-4296

**SHERIFF SERVICE PROCESS RECEIPT, and AFFIDAVIT OF RETURN**

INSTRUCTIONS FOR SERVICE OF PROCESS: You must file one instruction sheet for each defendant. Please type. Do Not detach any copies.

1. PLAINTIFF/S/: Anthony Picini
2. COURT NUMBER: CV-2022-004146
3. DEFENDANT/S/: Delaware County d/b/a George W. Hill Correctional Facility et al
4. TYPE OF WRIT OR COMPLAINT: Complaint
5. NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVICE: Sergeant Hambre
6. ADDRESS: 500 Cheyney Rd, Thornton PA 19373
7. INDICATE UNUSUAL SERVICE: ☐ REG MAIL ☐ DEPUTIZE ☐ POST ☐ OTHER

Now, _____ 20___, I, SHERIFF OF DELAWARE COUNTY, PA., do hereby deputize the Sheriff of _____ County to execute this Writ and make return thereof according to law. This deputation being made at the request and risk of the plaintiff. _____ SHERIFF OF DELAWARE COUNTY

8. SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE

Deputy Sheriff
Invoice No. 477636
Amount Pd. $327.00
Docket #
Page 7 of 10
10 Copies

NOTE ONLY APPLICABLE ON WRIT OF EXECUTION: N.B. WAIVER OF WATCHMAN — Any deputy sheriff levying upon or attaching any property under writ may leave same without a watchman, in custody of whomever is found in possession, after notifying person of levy or attachment, without liability on the part of such deputy or the sheriff to any plaintiff herein for any loss, destruction or removal of any such property before sheriff's sale thereof.

9. PRINT/TYPE NAME AND ADDRESS OF ATTORNEY/ORIGINATOR: Gary Schafkopf, Esq, 11 Bala Ave, Bala Cynwyd PA 19373
10. TELEPHONE NUMBER: 610-664-5200
11. DATE: 7/6/22
12. SIGNATURE: /S/ Gary Schafkopf

**SPACE BELOW FOR USE OF SHERIFF ONLY – DO NOT WRITE BELOW THIS LINE**

13. I acknowledge receipt of the writ or complaint as indicated above
SIGNATURE of Authorized DCSD Deputy or Clerk and Title: MWH
14. Date Filed: RE/6-24-22
15. Expiration/Hearing date: 30 Days

**TO BE COMPLETED BY SHERIFF**

16. Served and made known to Laura K. Williams _____, Defendant(s) on the 19th day of July, 20 22, at 200 o'clock, P.M., at 500 Cheyney Rd, Thornton PA 19373 Street, County of Delaware, Commonwealth of Pennsylvania, in the manner described below:
☐ Defendant(s) personally served.
☐ Adult family member with whom said Defendant(s) reside(s). Relationship is _____
☐ Adult in charge of Defendant's residence.
☐ Manager/Clerk of place of lodging in which Defendant(s) reside(s).
☒ Agent or person in charge of Defendant's office or usual place of business. Warden
☐ Posted _____
☐ Other _____

On the _____ day of _____, 20___, at _____ o'clock, _____ M.
Defendant not found because:
☐ Moved ☐ Unknown ☐ No Answer ☐ Vacant ☐ Other

REMARKS:
RETURNED:

SO ANSWER.

17. AFFIRMED and subscribed to before me this _____
20 day of _____ 20
23 _____ Notary Public
MY COMMISSION EXPIRES
18. Signature of Dep/Sheriff: Kim Scanlan
19. Date: 7/19/22
21. Signature of Sheriff: Jerry L. Sanders Jr — SHERIFF OF DELAWARE COUNTY
22. Date:
24. I ACKNOWLEDGE RECEIPT OF THE SHERIFF'S RETURN SIGNATURE OF AUTHORIZED ISSUING AUTHORITY AND TITLE.
25. Date Received: JUL 20 2022

DCSD-1-1989

1. ISSUING AUTHORITY

FILED
07-27-2022 01:58 PM
OFFICE OF JUDICIAL SUPPORT
DELAWARE COUNTY, PA

Copying Prohibited

# SHERIFF'S DEPARTMENT
## DELAWARE COUNTY
201 WEST FRONT STREET, MEDIA, PENNSYLVANIA 19063 (610) 891-4296

### SHERIFF SERVICE PROCESS RECEIPT, and AFFIDAVIT OF RETURN

INSTRUCTIONS FOR SERVICE OF PROCESS: You must file one instruction sheet for **each defendant**. Please type. Do Not detach any copies.

1. **PLAINTIFF/S/**: Anthony Pierri
2. **COURT NUMBER**: CV-2022-004140
3. **DEFENDANT/S/**: Delaware County d/b/a George W. Hill Correctional Facility et al
4. **TYPE OF WRIT OR COMPLAINT**: Complaint

**SERVE AT**
5. **NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVICE**: Sergeant Richbert
6. **ADDRESS**: 500 Cheyney Rd Thornton PA 19373

7. **INDICATE UNUSUAL SERVICE**: ☐ REG MAIL ☐ DEPUTIZE ☐ POST ☐ OTHER

Now, _____ 20___, I, SHERIFF OF DELAWARE COUNTY, PA., do hereby deputize the Sheriff of _____ County to execute this Writ and make return thereof according to law. This deputation being made at the request and risk of the plaintiff.

SHERIFF OF DELAWARE COUNTY

8. **SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE**

Deputy Sheriff
Invoice No. 477636
Amount Pd. $327
Docket #
Page 5 of 10    10 Copies

NOTE ONLY APPLICABLE ON WRIT OF EXECUTION: N.B. WAIVER OF WATCHMAN — Any deputy sheriff levying upon or attaching any property under within writ may leave same without a watchman, in custody of whomever is found in possession, after notifying person of levy or attachment, without liability on the part of such deputy or the sheriff to any plaintiff herein for any loss, destruction or removal of any property before sheriff's sale thereof.

9. **PRINT/TYPE NAME AND ADDRESS OF ATTORNEY/ORIGINATOR**: Gary Schafkopf, Esq / 11 Bala Ave / Bala Cynwyd PA 19004
10. **TELEPHONE NUMBER**: 610-664-5200
11. **DATE**: 7/6/22
12. **SIGNATURE**: /s/ Gary Schafkopf

---

### SPACE BELOW FOR USE OF SHERIFF ONLY – DO NOT WRITE BELOW THIS LINE

13. I acknowledge receipt of the writ or complaint as indicated above
    SIGNATURE of Authorized DCSD Deputy or Clerk and Title: MMH
14. Date Filed: RE/6-24-22
15. Expiration/Hearing date: 30 Days

### TO BE COMPLETED BY SHERIFF

16. Served and made known to **Laura K Williams** on the **19th** day of **July**, 20**22**, at **2:00** o'clock, **P** M., at **500 Cheyney Rd, Thornton PA 19373**, Street, County of Delaware, Commonwealth of Pennsylvania, in the manner described below:
    - ☐ Defendant(s) personally served.
    - ☐ Adult family member with whom said Defendant(s) reside(s). Relationship is _____
    - ☐ Adult in charge of Defendant's residence.
    - ☐ Manager/Clerk of place of lodging in which Defendant(s) reside(s).
    - ☒ Agent or person in charge of Defendant's office or usual place of business. **Warden**
    - ☐ Posted _____
    - ☐ Other _____

On the ___ day of _____, 20___, at ___ o'clock, ___ M. Defendant not found because:
☐ Moved  ☐ Unknown  ☐ No Answer  ☐ Vacant  ☐ Other

REMARKS:
RETURNED:

17. AFFIRMED and subscribed to before me this
20. day of _____ 20 ___
23. _____ Notary Public
MY COMMISSION EXPIRES

SO ANSWER.
18. Signature of Dep/Sheriff: Kevin Scanlon
21. Signature of Sheriff
19. Date: 7/19/22
22. Date

SHERIFF OF DELAWARE COUNTY
Jerry L. Sanders Jr.

24. I ACKNOWLEDGE RECEIPT OF THE SHERIFF'S RETURN SIGNATURE OF AUTHORIZED ISSUING AUTHORITY AND TITLE
25. Date Received: 7-20-2022

DCSD-1-1989

1. ISSUING AUTHORITY

# SHERIFF'S DEPARTMENT
### DELAWARE COUNTY
201 WEST FRONT STREET, MEDIA, PENNSYLVANIA 19063 (610) 891-4296

## SHERIFF SERVICE
## PROCESS RECEIPT, and AFFIDAVIT OF RETURN

**INSTRUCTIONS FOR SERVICE OF PROCESS:** You must file one instruction sheet for each defendant. Please type. Do Not detach any copies.

**1. PLAINTIFF/S/:** Anthony Pierri

**2. COURT NUMBER:** CV-2022-004140

**3. DEFENDANT/S/:** Delaware County d/b/a George W. Hill Correctional Facility

**4. TYPE OF WRIT OR COMPLAINT:** Complaint

**SERVE**
**5. NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVICE:** Sergeant Sicolle

**AT**
**6. ADDRESS:** 500 Cheney Rd Thornton PA 19373

**7. INDICATE UNUSUAL SERVICE:** ☐ REG MAIL ☐ DEPUTIZE ☐ POST ☐ OTHER

Now, _____ 20 ___, I, SHERIFF OF DELAWARE COUNTY, PA., do hereby deputize the Sheriff of _____ County to execute this Writ and make return thereof according to law. This deputation being made at the request and risk of the plaintiff.

SHERIFF OF DELAWARE COUNTY

**8. SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE**

Deputy Sheriff
Invoice No. 477636
Amount Pd. $327.00
Docket #
Page
6 to 10        10 Copies

**9. PRINT/TYPE NAME AND ADDRESS OF ATTORNEY/ORIGINATOR:**
Gary Schafkopf, Esq
11 Bala Ave
Bala Cynwyd PA 19004

**10. TELEPHONE NUMBER:** 610-664-5200

**11. DATE:** 7-6-22

**12. SIGNATURE:** /s/ Gary Schafkopf

---

### SPACE BELOW FOR USE OF SHERIFF ONLY – DO NOT WRITE BELOW THIS LINE

**13.** I acknowledge receipt of the writ or complaint as indicated above

**SIGNATURE of Authorized DCSD Deputy or Clerk and Title:** MMH

**14. Date Filed:** 6-24-22

**15. Expiration/Hearing date:** 30 Days

### TO BE COMPLETED BY SHERIFF

**16.** Served and made known to Laura K. Williams , Defendant(s) on the 19th day of July, 20 22, at 2:00 o'clock, P M., at 500 Cheney Rd, Thornton PA 19373 Street, County of Delaware, Commonwealth of Pennsylvania, in the manner described below:

☐ Defendant(s) personally served.
☐ Adult family member with whom said Defendant(s) reside(s). Relationship is _____
☐ Adult in charge of Defendant's residence.
☐ Manager/Clerk of place of lodging in which Defendant(s) reside(s).
☒ Agent or person in charge of Defendant's office or usual place of business. Warden
☐ Posted _____
☐ Other _____

On the ___ day of _____, 20 ___, at ___ o'clock, ___ M.
Defendant not found because:
☐ Moved  ☐ Unknown  ☐ No Answer  ☐ Vacant  ☐ Other _____

**REMARKS:**
**RETURNED:**

SO ANSWER,

**17** AFFIRMED and subscribed to before me this
**20** day of _____ 20
**18.** Signature of Dep. Sheriff: Kevin Scanlan
**21.** Signature of Sheriff
**19** Date: 7/19/22
**22** Date

**23.** _____ Notary Public
**MY COMMISSION EXPIRES**
**24.** I ACKNOWLEDGE RECEIPT OF THE SHERIFF'S RETURN SIGNATURE OF AUTHORIZED ISSUING AUTHORITY AND TITLE: Jerry L. Sanders Jr.

SHERIFF OF DELAWARE COUNTY
**25** Date Received: Jul 20 2022

DCSD-1-1989

FILED
07-27-2022 01:57 PM
OFFICE OF JUDICIAL SUPPORT
DELAWARE COUNTY, PA

**1. ISSUING AUTHORITY**