Rec'd 7/19/22
Co Sheriff

| | |
|---|---|
| WEISBERG LAW<br>Matthew B. Weisberg, Attorney ID No. 85570<br>7 South Morton Ave.<br>Morton, PA 19070<br>610-690-0801<br>Fax: 610-690-0880<br>**Attorney for Plaintiff** | SCHAFKOPF LAW LLC<br>Gary Schafkopf, Attorney ID No. 83362<br>11 Bala Ave<br>Bala Cynwyd, PA 19004<br>610-664-5200 Ext 104<br>Fax: 888-283-1334<br>**Attorney for Plaintiff** |

| | | |
|---|---|---|
| ANTHONY PIERRE | : | COURT OF COMMON PLEAS |
| Plaintiff | : | DELAWARE COUNTY |
| v. | : | |
| | : | |
| DELAWARE COUNTY d/b/a GEORGE | : | No. CV-2022-004140 |
| W. HILL CORRECTIONAL FACILITY, et | : | |
| al | : | |
| | : | |
| | : | |
| Defendants | : | |

## PRAECIPE TO REINSTATE COMPLAINT

TO THE PROTHONOTARY:

    Kindly reinstate the Civil Action Complaint in the above-captioned matter against the

Defendants

Respectfully Submitted,

WEISBERG LAW                 SCHAFKOPF LAW, LLC


BY: */s/ Matthew Weisberg*         BY: */s/Gary Schafkopf*
MATTHEW B. WEISBERG, ESQ     GARY SCHAFKOPF, ESQ.

DATED:6-24-22              DATED: 6-24-22

# Supreme Court of Pennsylvania
## Court of Common Pleas
### Civil Cover Sheet
_____ Delaware _____ **County**

| For Prothonotary Use Only: | |
|---|---|
| Docket No: | TIME STAMP |

*The information collected on this form is used solely for court administration purposes. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.*

**SECTION A**

**Commencement of Action:**
- ☒ Complaint
- ☒ Writ of Summons
- ☐ Petition
- ☐ Transfer from Another Jurisdiction
- ☐ Declaration of Taking

| Lead Plaintiff's Name:<br>Anthony Pierre | Lead Defendant's Name:<br>Delaware County d/b/a George W. Hill Correctional Facil |
|---|---|

| Are money damages requested? ☒ Yes ☐ No | Dollar Amount Requested: (check one) | ☐ within arbitration limits<br>☒ outside arbitration limits |
|---|---|---|

| Is this a *Class Action Suit*? ☐ Yes ☒ No | Is this an *MDJ Appeal*? ☐ Yes ☒ No |
|---|---|

Name of Plaintiff/Appellant's Attorney: __Gary Schafkopf Esq / David A. Berlin Esq / Matthew B. Weisberg Esq__

☐ **Check here if you have no attorney (are a Self-Represented [Pro Se] Litigant)**

**SECTION B**

**Nature of the Case:** Place an "X" to the left of the **ONE** case category that most accurately describes your **PRIMARY CASE.** If you are making more than one type of claim, check the one that you consider most important.

**TORT** *(do not include Mass Tort)*
- ☐ Intentional
- ☐ Malicious Prosecution
- ☐ Motor Vehicle
- ☐ Nuisance
- ☐ Premises Liability
- ☐ Product Liability *(does not include mass tort)*
- ☐ Slander/Libel/ Defamation
- ☒ Other:
  __Civil Rights Violation__

**MASS TORT**
- ☐ Asbestos
- ☐ Tobacco
- ☐ Toxic Tort - DES
- ☐ Toxic Tort - Implant
- ☐ Toxic Waste
- ☐ Other: _____

**PROFESSIONAL LIABLITY**
- ☐ Dental
- ☐ Legal
- ☐ Medical
- ☐ Other Professional: _____

**CONTRACT** *(do not include Judgments)*
- ☐ Buyer Plaintiff
- ☐ Debt Collection: Credit Card
- ☐ Debt Collection: Other
  _____
  _____
- ☐ Employment Dispute: Discrimination
- ☐ Employment Dispute: Other
  _____
- ☒ Other:
  _____

**REAL PROPERTY**
- ☐ Ejectment
- ☐ Eminent Domain/Condemnation
- ☐ Ground Rent
- ☐ Landlord/Tenant Dispute
- ☐ Mortgage Foreclosure: Residential
- ☐ Mortgage Foreclosure: Commercial
- ☐ Partition
- ☐ Quiet Title
- ☐ Other: _____

**CIVIL APPEALS**
Administrative Agencies
- ☐ Board of Assessment
- ☐ Board of Elections
- ☐ Dept. of Transportation
- ☐ Statutory Appeal: Other
  _____
  _____
- ☐ Zoning Board
- ☐ Other: _____
  _____

**MISCELLANEOUS**
- ☐ Common Law/Statutory Arbitration
- ☐ Declaratory Judgment
- ☐ Mandamus
- ☐ Non-Domestic Relations Restraining Order
- ☐ Quo Warranto
- ☐ Replevin
- ☐ Other: _____
  _____

*Updated 1/1/2011*

WEISBERG LAW
David A. Berlin, Esquire
Attorney Id. No. 314400
Matthew B. Weisberg, Attorney ID No. 85570
7 South Morton Ave.
Morton, PA 19070
610-690-0801
Fax: 610-690-0880
Attorney for Plaintiff

SCHAFKOPF LAW LLC
Gary Schafkopf, Attorney ID No. 83362
11 Bala Ave
Bala Cynwyd, PA 19004
610-664-5200 Ext 104
Fax: 888-283-1334
Attorney for Plaintiff

|  |  |  |
|---|---|---|
| **ANTHONY PIERRE**<br>Inmate No. 19009149<br>500 Cheyney Rd<br>Thornton, PA 19373 | : <br> : <br> : <br> : | DELAWARE COUNTY COURT OF<br>COMMON PLEAS |
|  | : | No. |
| Plaintiff<br>v. | : <br> : <br> : <br> : |  |
| **DELAWARE COUNTY D/B/A**<br>**GEORGE W. HILL**<br>**CORRETIONAL FACILITY**<br>500 Cheyney Rd<br>Thornton, PA 19373 | : <br> : <br> : <br> : <br> : | **JURY TRIAL OF TWELVE (12)**<br>**JURORS DEMANDED** |
| and | : <br> : |  |
| **LAURA K. WILLIAMS**<br>Individually and in her official capacity as<br>Warden<br>500 Cheyney Rd<br>Thornton, PA 19373 | : <br> : <br> : <br> : <br> : |  |
| and | : <br> : |  |
| **DELE FALY**<br>Individually and in his official capacity as<br>Deputy Warden of Programs and Support<br>500 Cheyney Rd<br>Thornton, PA 19373 | : <br> : <br> : <br> : <br> : |  |
| and | : <br> : |  |
| **LISA MASTRODDI**<br>Individually and in her official capacity as<br>Deputy Warden of Operations and<br>Administration | : <br> : <br> : <br> : |  |

500 Cheyney Rd                                    :
Thornton, PA 19373                                :
                                                  :
and                                               :
                                                  :
**K. MOORE**                                      :
Individually and in his official capacity as      :
Correctional Officer                              :
500 Cheyney Rd                                    :
Thornton, PA 19373                                :
                                                  :
and                                               :
                                                  :
**G. BLEE**                                       :
Individually and in his official capacity as      :
Correctional Officer                              :
500 Cheyney Rd                                    :
Thornton, PA 19373                                :
                                                  :
and                                               :
                                                  :
**MIKE MOORE**                                    :
Individually and in his official capacity as      :
Classification Officer                            :
500 Cheyney Rd                                    :
Thornton, PA 19373                                :
                                                  :
and                                               :
                                                  :
**SERGEANT HAMRE**                                :
Individually and in his official capacity as      :
Sergeant                                          :
500 Cheyney Rd                                    :
Thornton, PA 19373                                :
                                                  :
and                                               :
                                                  :
**SERGEANT SICOLLE**                              :
Individually and in his official capacity as      :
Sergeant                                          :
500 Cheyney Rd                                    :
Thornton, PA 19373                                :
                                                  :
and                                               :
                                                  :

**SERGEANT RICHBERT**                    :
Individually and in his official capacity as   :
Sergeant                                 :
500 Cheyney Rd                           :
Thornton, PA 19373                       :
                                         :
and                                      :
                                         :
**JESSAMINE HEALTHCARE, INC.**           :
1283 Murfreesboro Road, Suite 500        :
Nashville, TN 37217                      :
                                         :
and                                      :
                                         :
**JESSAMINE HEALTHCARE, INC.**           :
**d/b/a**                                :
**CORRECT CARE SOLUTIONS, LLC/**         :
**WELLPATH, LLC**                        :
1283 Murfreesboro Road, Suite 500        :
Nashville, TN 37217                      :
                                         :
and                                      :
                                         :
**CORRECT CARE SOLUTIONS, LLC/**         :
**WELLPATH, LLC**                        :
1283 Murfreesboro Road, Suite 500        :
Nashville, TN 37217                      :
                                         :
and                                      :
                                         :
**DR. NANCY (Last Name Currently**       :
**Unknown)**                             :
Individually and in her official capacity as   :
Physician for                            :
JESSAMINE HEALTHCARE,                    :
INC./CORRECT CARE SOLUTIONS,             :
LLC/                                     :
WELLPATH, LLC                            :
1283 Murfreesboro Road, Suite 500        :
Nashville, TN 37217                      :
                                         :
 and                                     :
                                         :
**NURSE HAITAN**                         :
Individually and in his official capacity as   :
Nurse for                                :

JESSAMINE HEALTHCARE,          :
INC./CORRECT CARE SOLUTIONS,   :
LLC/                           :
WELLPATH, LLC                  :
1283 Murfreesboro Road, Suite 500   :
Nashville, TN 37217            :
                               :
    Defendants.

## NOTICE TO DEFEND

| NOTICE | AVISO |
|---|---|
| You have been sued in court.  If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff.  You may lose money or property or other rights important to you. YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE.  IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW.  THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.  IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE. <br><br> Delaware County Bar Association <br> 335 W Front St | Le han demandado a usted en la corte.  Si usted quiere defenderse de estas demandas ex-puestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta asentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona.  Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda.  Usted puede perder dinero o sus propiedades u otros derechos importantes para usted. <br><br> USTED LE DEBE TOMAR ESTE PAPEL A SU ABOGADO INMEDIATAMENTE. SI USTED NO TIENE A UN ABOGADO, VA A O TELEFONEA LA OFICINA EXPUSO ABAJO. ESTA OFICINA LO PUEDE PROPORCIONAR CON INFORMATION ACERCA DE EMPLEAR A UN ABOGADO. SI USTED NO PUEDE PROPORCIONAR PARA EMPLEAR UN ABOGADO, ESTA OFICINA PUEDE SER CAPAZ DE PROPORCIONARLO CON INFORMACION ACERCA DE LAS AGENCIAS QUE PUEDEN OFRECER LOS SERVICIOS LEGALES A PERSONAS |

| | |
|---|---|
| Media, PA 19063<br>(610) 566-6625 | ELEGIBLES EN UN HONORARIO<br>REDUCIDO NI NINGUN HONORARIO.<br><br>Delaware County Bar Association<br>335 W Front St<br>Media, PA 19063<br>(610) 566-6625 |

WEISBERG LAW
David A. Berlin, Esquire
Attorney Id. No. 314400
Matthew B. Weisberg, Attorney ID No. 85570
7 South Morton Ave.
Morton, PA 19070
610-690-0801
Fax: 610-690-0880
Attorney for Plaintiff

SCHAFKOPF LAW LLC
Gary Schafkopf, Attorney ID No. 83362
11 Bala Ave
Bala Cynwyd, PA 19004
610-664-5200 Ext 104
Fax: 888-283-1334
Attorney for Plaintiff

| | |
|---|---|
| **ANTHONY PIERRE**<br>Inmate No. 19009149<br>500 Cheyney Rd<br>Thornton, PA 19373 | DELAWARE COUNTY COURT OF<br>COMMON PLEAS<br><br>No. |
| Plaintiff<br><br>v.<br><br>**DELAWARE COUNTY D/B/A**<br>**GEORGE W. HILL**<br>**CORRETIONAL FACILITY**<br>500 Cheyney Rd<br>Thornton, PA 19373<br><br>and<br><br>**LAURA K. WILLIAMS**<br>Individually and in her official capacity as<br>Warden<br>500 Cheyney Rd<br>Thornton, PA 19373<br><br>and<br><br>**DELE FALY**<br>Individually and in his official capacity as<br>Deputy Warden of Programs and Support<br>500 Cheyney Rd<br>Thornton, PA 19373<br><br>and<br><br>**LISA MASTRODDI**<br>Individually and in her official capacity as<br>Deputy Warden of Operations and<br>Administration | **JURY TRIAL OF TWELVE (12)**<br>**JURORS DEMANDED** |

500 Cheyney Rd                                       :
Thornton, PA 19373                                   :
                                                     :
and                                                  :
                                                     :
**K. MOORE**                                         :
Individually and in his official capacity as         :
Correctional Officer                                 :
500 Cheyney Rd                                       :
Thornton, PA 19373                                   :
                                                     :
and                                                  :
                                                     :
**G. BLEE**                                          :
Individually and in his official capacity as         :
Correctional Officer                                 :
500 Cheyney Rd                                       :
Thornton, PA 19373                                   :
                                                     :
and                                                  :
                                                     :
**MIKE MOORE**                                       :
Individually and in his official capacity as         :
Classification Officer                               :
500 Cheyney Rd                                       :
Thornton, PA 19373                                   :
                                                     :
and                                                  :
                                                     :
**SERGEANT HAMRE**                                   :
Individually and in his official capacity as         :
Sergeant                                             :
500 Cheyney Rd                                       :
Thornton, PA 19373                                   :
                                                     :
and                                                  :
                                                     :
**SERGEANT SICOLLE**                                 :
Individually and in his official capacity as         :
Sergeant                                             :
500 Cheyney Rd                                       :
Thornton, PA 19373                                   :
                                                     :
and                                                  :
                                                     :
                                                     :

**SERGEANT RICHBERT**                       :
Individually and in his official capacity as   :
Sergeant                                     :
500 Cheyney Rd                               :
Thornton, PA 19373                           :
                                             :
and                                          :
                                             :
**JESSAMINE HEALTHCARE, INC.**              :
1283 Murfreesboro Road, Suite 500            :
Nashville, TN 37217                          :
                                             :
and                                          :
                                             :
**JESSAMINE HEALTHCARE, INC.**              :
**d/b/a**                                    :
**CORRECT CARE SOLUTIONS, LLC/**            :
**WELLPATH, LLC**                           :
1283 Murfreesboro Road, Suite 500            :
Nashville, TN 37217                          :
                                             :
and                                          :
                                             :
**CORRECT CARE SOLUTIONS, LLC/**            :
**WELLPATH, LLC**                           :
1283 Murfreesboro Road, Suite 500            :
Nashville, TN 37217                          :
                                             :
and                                          :
                                             :
**DR. NANCY (Last Name Currently**          :
**Unknown)**                                 :
Individually and in her official capacity as   :
Physician for                                :
JESSAMINE HEALTHCARE,                        :
INC./CORRECT CARE SOLUTIONS,                 :
LLC/                                         :
WELLPATH, LLC                               :
1283 Murfreesboro Road, Suite 500            :
Nashville, TN 37217                          :
                                             :
and                                          :
                                             :
**NURSE HAITAN**                            :
Individually and in his official capacity as   :
Nurse for                                    :

JESSAMINE HEALTHCARE,                    :
INC./CORRECT CARE SOLUTIONS,             :
LLC/                                     :
WELLPATH, LLC                            :
1283 Murfreesboro Road, Suite 500        :
Nashville, TN 37217                      :
                                         :
                                         :
                Defendants.              :

---

### CIVIL ACTION COMPLAINT

1. Plaintiff, Anthony Pierre, is an adult male, currently in custody at Delaware County d/b/a George W. Hill Correctional Facility, inmate number 19009149. At all times material, Plaintiff was incarcerated at George W. Hill Correctional.

2. Defendant, Delaware County d/b/a George W. Hill Correctional Facility ("George W. Hill"), is a prison that, at all times material herein, acted in its official capacity.

3. Defendant, Laura K. Williams ("Williams"), is an adult individual who, at all times material herein, acted individually as Warden at George W. Hill Correctional Facility.

4. Defendant, Dele Faly ("Faly"), is an adult individual who, at all times material herein, acted individually as Deputy Warden of Security at George W. Hill Correctional Facility.

5. Defendant, Lisa Mastroddi ("Mastroddi"), is an adult individual who, at all times material herein, acted individually as Deputy Warden of Operations and Administration at George W. Hill Correctional Facility.

6. Defendant, K. Moore ("Moore"), is an adult individual who, at all times material herein, acted individually as Correctional Officer at George W. Hill Correctional Facility.

7. Defendant, G. Blee ("Blee"), is an adult individual who, at all times material herein, acted individually as Correctional Officer at George W. Hill Correctional Facility.

8. Defendant, Mike Moore ("M. Moore"), is an adult individual who, at all times material

herein, acted individually as Classification Officer at George W. Hill Correctional Facility.

9. Defendant, Sergeant Hambre ("Hambre"), is an adult individual who, at all times material herein, acted individually as Sergeant at George W. Hill Correctional Facility.

10. Defendant, Sergeant Sicolle ("Sicolle"), is an adult individual who, at all times material herein, acted individually as Sergeant at George W. Hill Correctional Facility.

11. Defendant, Sergeant Richbert ("Richbert"), is an adult individual who, at all times material herein, acted individually as Sergeant at George W. Hill Correctional Facility.

12. Defendant Jessamine Healthcare Inc. d/b/a Wellpath LLC, formerly known as Correct Care Solutions, LLC, (collectively "Wellpath") are Pennsylvania limited liability, for profit corporations doing business at all times pertinent to this Complaint, inter alia, at the above facility in Delaware County. At all times material to the allegations of this Complaint Wellpath, a vendor, contracted with the DOC for the provision of medical and health services, and was responsible for providing prison health services and appropriate and timely care and treatment to inmates, and generally protecting the medical welfare of inmates at various facilities in Pennsylvania, including at all the state correctional institutes, where plaintiff has been housed.

13. Defendant, Dr. Nancy, whose last name is currently unknown, is an adult individual who, at all times material herein, acted individually and in her official capacity as Physician for Wellpath at George W. Hill Correctional Facility.

14. Defendant, Nurse Haitan, whose first name is currently unknown, is an adult individual who, at all times material herein, acted individually and in his official capacity as Nurse for Wellpath at George W. Hill Correctional Facility.

15. Venue is proper in this Honorable Court as the events giving rise to this action occurred in

Delaware County.

## **OPERATIVE FACTS**

15. The above paragraphs are incorporated herein by reference.

16. On or about March 22, 2022, Plaintiff was an inmate at George W. Hill Correctional Facility. Plaintiff was in solitary confinement and was informed by Defendant, Hambre, there was a credible hit on Plaintiff, and they wanted to move him to a safer location.

17. On or around March 24, 2022, Defendants, Moore and Sicolle, were assisting with the transfer of Plaintiff. Plaintiff was told by Defendant, Moore, that if he wanted to leave solitary confinement, he had to pick up food trays.

18. While Plaintiff started to pick up the food trays, Defendant, Moore, improperly opened two inmates' cells. As Plaintiff's back was turned to pick up the food trays, he was attacked by one of the inmates.

19. The inmate also threw water on Plaintiff which caused him to slip and fall during the physical altercation. Plaintiff's fall caused him to sustain injuries to his right knee and right leg.

20. It is standard procedure for every inmate to be handcuffed when they exit their cell in solitary confinement. Neither Plaintiff, nor the two inmates, were handcuffed at the time.

21. Upon information and belief, Defendants, Moore and Sicolle, knew or should have known about Plaintiff's credible hit and failed to properly protect Plaintiff.

22. Following the incident, Plaintiff went to medical for his injuries, but they told him he wasn't injured and sent him back to his cell.

23. The following day, Plaintiff woke up with intense swelling of his right knee and sharp pains to his right leg. Plaintiff also had extreme difficulty with standing and walking.

24. Plaintiff asked to be seen by medical, but Defendant, Richbert, refused.

25. On or about March 31, 2022, Plaintiff was eventually able to see Defendant, Dr. Nancy, who told Plaintiff that he had a swollen tendon. Defendant, Haitan, provided Motrin and informed Plaintiff that he would order X-Rays. To date, no X-Rays have been scheduled.

26. Plaintiff continues to suffer from his injuries that occurred on March 22, 2022. Plaintiff still suffers from tendon pain and is unable to exercise or play basketball.

27. Plaintiff has suffered and continues to suffer severe physical and emotional distress as a result of Defendants' conduct.

## COUNT I
## EIGTH AMENDMENT VIOLATION-FAILURE TO PROTECT/ CRUEL AND UNUSUAL PUNISHMENT
### *Plaintiff v. All Defendants*

28. The above paragraphs are incorporated herein by reference.

29. Plaintiff incorporates by reference all prior paragraphs as if fully set forth at length herein.

30. Defendants failed to protect Plaintiff from being assaulted by a separate inmate.

31. Defendants' actions stated above, inter alia, were violations of Plaintiff's clearly establish and well settled Constitutional and other legal rights.

32. Defendants caused Plaintiff to suffer cruel and unusual punishment in violation of the Eighth Amendment of the United States Constitution, actionable through 42 U.S.C. §1983, et seq.

WHEREFORE, Plaintiff demands judgment in their favor and against Defendant, individually, jointly and/or severally, in an amount in excess of fifty thousand dollars ($50,000.00), including punitive damages, and further relief as this Honorable Court deems necessary and just, including attorney's fees and costs.

## COUNT II
### NEGLIGENCE
*Plaintiff v. Defendants, Williams, Faly, Mastroddi,*
*Moore, Blee, M. Moore, Hambre, Sicolle, Richbert*

33. Plaintiff incorporates by reference all prior paragraphs as if fully set forth at length herein.

34. At all times material, Defendants breached their duty of care to Plaintiff, acting negligently, recklessly, and carelessly, and in the following regards, respectively:

    a. Failing to properly provide a safe environment for all inmates;

    b. Failing to protect the well-being of inmates;

    c. Other conduct that deviated from the applicable standard of care.

35. As a direct and proximate result of Defendants' negligence, carelessness and recklessness, Plaintiff suffered actual loss.

WHEREFORE, Plaintiff demands judgment in their favor and against Defendants, individually, jointly and/or severally, in an amount in excess of fifty thousand dollars ($50,000.00), including punitive damages, and further relief as this Honorable Court deems necessary and just, including attorney's fees and costs.

## COUNT III
### EIGTH AMENDMENT VIOLATION-FAILURE TO PROVIDE MEDICAL CARE AND TREATMENT/CRUEL AND UNUSUAL PUNISHMENT
*Plaintiff v. All Defendants*

39. The above paragraphs are incorporated herein by reference.

40. Plaintiff incorporates by reference all prior paragraphs as if fully set forth at length herein.

41. Defendants showed deliberate indifference to Plaintiff's serious medical needs and wanton

infliction of pain.

42. Defendants' actions stated above, inter alia, were violations of Plaintiff's clearly establish and well settled Constitutional and other legal rights.

43. Defendants caused Plaintiff to suffer cruel and unusual punishment in violation of the Eighth Amendment of the United States Constitution, actionable through 42 U.S.C. §1983, et seq.

WHEREFORE, Plaintiff demands judgment in their favor and against Defendants, individually, jointly and/or severally, in an amount in excess of fifty thousand dollars ($50,000.00), including punitive damages, and further relief as this Honorable Court deems necessary and just, including attorney's fees and costs.

## COUNT IV
## NEGLIGENCE
### *Plaintiff v. Defendants, Wellpath, Dr. Nancy, Haitan,*

44. Plaintiff incorporates by reference all prior paragraphs as if fully set forth at length herein.

45. At all times material, Defendants breached their duty of care to Plaintiff, acting negligently, recklessly, and carelessly, and in the following regards, respectively:

   a. Failing to provide Plaintiff with proper medical care;

   b. Failing to provide Plaintiff with the proper accommodations for his medical needs;

   c. Other conduct that deviated from the applicable standard of care.

46. As a direct and proximate result of Defendants' negligence, carelessness and recklessness, Plaintiff suffered actual loss.

WHEREFORE, Plaintiff demands judgment in their favor and against Defendants, individually, jointly and/or severally, in an amount in excess of fifty thousand dollars ($50,000.00), including punitive damages, and further relief as this Honorable Court deems necessary and just, including attorney's fees and costs.

Respectfully Submitted,

WEISBERG LAW
/s/ David Berlin
David Berlin, Esquire
Matthew B. Weisberg, Esquire

SCHAFKOPF LAW
/s/ Gary Schafkopf
Gary Schafkopf, Esquire

*Attorneys for Plaintiff*

DATED: June 16, 2022

DCSD/AW
7/11

# SHERIFF'S DEPARTMENT
## DELAWARE COUNTY
201 WEST FRONT STREET, MEDIA, PENNSYLVANIA 19063 (610) 891-4296

**SHERIFF SERVICE**
**PROCESS RECEIPT, and AFFIDAVIT OF RETURN**

INSTRUCTIONS FOR SERVICE OF PROCESS: You must file one instruction sheet for _each_ defendant. Please type.
Do Not detach any copies.

1. PLAINTIFF/S/  Anthony Pierre

2. COURT NUMBER  CV-2022-004140

3. DEFENDANT/S/  Delaware County d/b/a George W. Hill Correctional Facility

4. TYPE OF WRIT OR COMPLAINT  Complaint

**SERVE AT →**

5. NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVICE  Delaware County d/b/a George W. Hill Correctional Facility

6. ADDRESS (Street or RFD, Apartment No., City, Boro, Twp., State and ZIP Code)  500 Cheney Rd Thornton PA 19373

7. INDICATE UNUSUAL SERVICE  ☐ REG. MAIL  ☐ DEPUTIZE  ☐ POST  ☐ OTHER

Now, _____ 20____, I, SHERIFF OF DELAWARE COUNTY, PA., do hereby deputize the Sheriff of _____ County to execute this Writ and make return thereof according to law. This deputation being made at the request and risk of the plaintiff. _____

SHERIFF OF DELAWARE COUNTY

8. SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE

Deputy Sheriff

Invoice No. 477636
Amount Pd $327.00
Docket #
Page

1 of 10                    10 copies

NOTE ONLY APPLICABLE ON WRIT OF EXECUTION: N.B. WAIVER OF WATCHMAN — Any deputy sheriff levying upon or attaching any property under within writ may leave same without a watchman, in custody of whomever is found in possession, after notifying person of levy or attachment, without liability on the part of such deputy or the sheriff to any plaintiff herein for any loss, destruction or removal of any such property before sheriff's sale thereof.

9. PRINT/TYPE NAME AND ADDRESS OF ATTORNEY/ORIGINATOR
Gary Schafkopf, Esq
11 Bala Ave
Bala Cynwyd PA 19004

10. TELEPHONE NUMBER  610-664-5200

11. DATE  7/6/22

12. SIGNATURE  /s/ Gary Schafkopf

**SPACE BELOW FOR USE OF SHERIFF ONLY – DO NOT WRITE BELOW THIS LINE**

13. I acknowledge receipt of the writ or complaint as indicated above

SIGNATURE of Authorized DCSD Deputy or Clerk and Title  MAH

14. Date Filed  RE/6-24-22

15. Expiration/Hearing date  30 Days

**TO BE COMPLETED BY SHERIFF**

16. Served and made known to  GWHCF , Defendant(s)
on the  19th  day of  July , 20 22 at 2:00 o'clock, P M.
at  500 Cheney Rd, Thornton  Street, County of Delaware,
Commonwealth of Pennsylvania, in the manner described below:  (Laura Williams - Warden)
☑ Defendant(s) personally served.
☑ Adult family member with whom said Defendant(s) reside(s). Relationship is _____
☐ Adult in charge of Defendant's residence.
☐ Manager/Clerk of place of lodging in which Defendant(s) reside(s).
☐ Agent or person in charge of Defendant's office or usual place of business.
☐ Posted _____
☐ Other _____

On the _____ day of _____, 20____, at _____ o'clock, _____ M.
Defendant not found because:
☐ Moved  ☐ Unknown  ☐ No Answer  ☐ Vacant  ☐ Other _____

REMARKS:
RETURNED:

**SO ANSWER**

17. AFFIRMED and subscribed to before me this

20 day of _____ 20____

23 _____ Notary Public

MY COMMISSION EXPIRES

18. Signature of Dep. Sheriff  /s/ Kim Scanlan

19. Date  7/19/22

21. Signature of Sheriff

22. Date

SHERIFF OF DELAWARE COUNTY

24. I ACKNOWLEDGE RECEIPT OF THE **SHERIFF'S RETURN** SIGNATURE OF AUTHORIZED ISSUING AUTHORITY AND TITLE

25. Date Received  JUL 2 0 2022

DCSD-1-1989

**1. ISSUING AUTHORITY**

Copying Prohibited

# SHERIFF'S DEPARTMENT
## DELAWARE COUNTY
### 201 WEST FRONT STREET, MEDIA, PENNSYLVANIA 19063 (610) 891-4296

| SHERIFF SERVICE PROCESS RECEIPT, and AFFIDAVIT OF RETURN | INSTRUCTIONS FOR SERVICE OF PROCESS: You must file one instruction sheet for **each defendant**. Please type. Do Not detach any copies. |
|---|---|

**1. PLAINTIFF/S/** Anthony Pierre

**2. COURT NUMBER** CV-2022-004140

**3. DEFENDANT/S/** Delaware County d/b/a George W. Hill Correctional Facility

**4. TYPE OF WRIT OR COMPLAINT** Complaint

**SERVE AT**

**5. NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVICE** Dele Faty

**6. ADDRESS (Street or RFD, Apartment No., City, Boro, Twp., State and ZIP Code)** 500 Cheyney Rd Thornton PA 19373

**7. INDICATE UNUSUAL SERVICE** ☐ REG. MAIL ☐ DEPUTIZE ☐ POST ☐ OTHER

Now, _____ 20____. I, SHERIFF OF DELAWARE COUNTY, PA., do hereby deputize the Sheriff of _____ County to execute this Writ and make return thereof according to law. This deputation being made at the request and risk of the plaintiff. _____

SHERIFF OF DELAWARE COUNTY

**8. SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE**

Deputy Sheriff

Invoice No. 477636
Amount Pd $327.00
Docket #
Page

3 of 10                    10 Copies

NOTE ONLY APPLICABLE ON WRIT OF EXECUTION: N.B. WAIVER OF WATCHMAN — Any deputy sheriff levying upon or attaching any property under within writ may leave same without a watchman, in custody of whomever is found in possession, after notifying person of levy or attachment, without liability on the part of such deputy or the sheriff to any plaintiff herein for any loss, destruction or removal of any such property before sheriff's sale thereof.

**9. PRINT/TYPE NAME AND ADDRESS OF ATTORNEY/ORIGINATOR**
Gary Schafkopf, Esq
11 Bala Ave
Bala Cynwyd PA 19004

**10. TELEPHONE NUMBER** 610-664-5200

**11. DATE** 7/6/22

**12. SIGNATURE** /s/ Gary Schafkopf

### SPACE BELOW FOR USE OF SHERIFF ONLY – DO NOT WRITE BELOW THIS LINE

**13.** I acknowledge receipt of the writ or complaint as indicated above

SIGNATURE of Authorized DCSD Deputy or Clerk and Title MMH

**14** Date Filed RE/6-24-22

**15.** Expiration/Hearing date 30 Days

### TO BE COMPLETED BY SHERIFF

**16.** Served and made known to Laura Williams on the 19th day of July, 20 22, at 200 o'clock, P .M., Defendant(s) at 500 Cheyney Rd, Thornton PA 19373, Street, County of Delaware.

Commonwealth of Pennsylvania, in the manner described below:
☐ Defendant(s) personally served.
☐ Adult family member with whom said Defendant(s) reside(s). Relationship is _____
☐ Adult in charge of Defendant's residence.
☐ Manager/Clerk of place of lodging in which Defendant(s) reside(s).
☒ Agent or person in charge of Defendant's office or usual place of business. Warden
☐ Posted
☐ Other

On the _____ day of _____, 20____, at _____ o'clock, _____. M.
Defendant not found because:
☐ Moved   ☐ Unknown   ☐ No Answer   ☐ Vacant   ☐ Other

REMARKS:
RETURNED:

SO ANSWER.

**17.** AFFIRMED and subscribed to before me this

20 day of _____ 20

23

Notary Public

MY COMMISSION EXPIRES

**18.** Signature of Deputy Sheriff /s/ Kevin Scanlan

**19.** Date 7/19/22

**21.** Signature of Sheriff

**22** Date

SHERIFF OF DELAWARE COUNTY

**24.** I ACKNOWLEDGE RECEIPT OF THE SHERIFF'S RETURN SIGNATURE OF AUTHORIZED ISSUING AUTHORITY AND TITLE

Jerry L. Sanders Jr. Date Received JUL 2 0 2022

DCSO-1-1989

Copying Prohibited

FILED
07-27-2022 01:51 pm
OFFICE OF JUDICIAL SUPPORT
DELAWARE COUNTY, PA

**1. ISSUING AUTHORITY**

# SHERIFF'S DEPARTMENT
## DELAWARE COUNTY
201 WEST FRONT STREET, MEDIA, PENNSYLVANIA 19063 (610) 891-4296

| SHERIFF SERVICE PROCESS RECEIPT, and AFFIDAVIT OF RETURN | INSTRUCTIONS FOR SERVICE OF PROCESS: You must file one instruction sheet for each defendant. Please type. Do Not detach any copies. |
|---|---|

1. PLAINTIFF/S/ Anthony Pierre

2. COURT NUMBER CV-2022-004140

3. DEFENDANT/S/ Delaware County d/b/a George W. Hill Correctional Facility

4. TYPE OF WRIT OR COMPLAINT Complaint

**SERVE AT**
5. NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVICE Laura K. Williams
6. ADDRESS (Street or RFD, Apartment No., City, Boro, Twp., State and ZIP Code) 500 Cheyney Rd Thornton PA 19373

7. INDICATE UNUSUAL SERVICE: ☐ REG MAIL ☐ DEPUTIZE ☐ POST ☐ OTHER

Now, _____ 20___, I, SHERIFF OF DELAWARE COUNTY, PA., do hereby deputize the Sheriff of _____ County to execute this Writ and make return thereof according to law. This deputation being made at the request and risk of the plaintiff. _____ SHERIFF OF DELAWARE COUNTY

8. SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE

Deputy Sheriff
Invoice No. 477636
Amount Pd. $327.00
Docket #
Page

2 of 10     10 Copies

NOTE ONLY APPLICABLE ON WRIT OF EXECUTION: N.B. WAIVER OF WATCHMAN — Any deputy sheriff levying upon or attaching any property under within writ may leave same without a watchman, in custody of whomever is found in possession, after notifying person of levy or attachment, without liability on the part of such deputy or the sheriff to any plaintiff herein for any loss, destruction or removal of any such property before sheriff's sale thereof.

9. PRINT/TYPE NAME AND ADDRESS OF ATTORNEY/ORIGINATOR
Gary Schafkopf Esq
4 Bala Ave
Bala Cynwyd PA 19004

10. TELEPHONE NUMBER 610-664-5200
11. DATE 7/6/22
12. SIGNATURE /s/ Gary Schafkopf

SPACE BELOW FOR USE OF SHERIFF ONLY – DO NOT WRITE BELOW THIS LINE

13. I acknowledge receipt of the writ or complaint as indicated above
SIGNATURE of Authorized DCSD Deputy or Clerk and Title GMLH
14. Date Filed RE/6-24-22
15. Expiration/Hearing date 30 Days

**TO BE COMPLETED BY SHERIFF**

16. Served and made known to DEF on the 19th day of July 20 22 at 2:00 o'clock, P.M. at 500 Cheyney Rd, Thornton PA 19373 Street, County of Delaware. Commonwealth of Pennsylvania, in the manner described below:
☑ Defendant(s) personally served.
☐ Adult family member with whom said Defendant(s) reside(s). Relationship is _____
☐ Adult in charge of Defendant's residence.
☐ Manager/Clerk of place of lodging in which Defendant(s) reside(s).
☐ Agent or person in charge of Defendant's office or usual place of business.
☐ Posted
☐ Other

On the _____ day of _____ 20___, at _____ o'clock, _____ M. Defendant not found because:
☐ Moved ☐ Unknown ☐ No Answer ☐ Vacant ☐ Other

REMARKS:
RETURNED:

SO ANSWER:

17. AFFIRMED and subscribed to before me this
20 day of _____ 20___
23 _____ Notary Public
MY COMMISSION EXPIRES

18. Signature of Dep Sheriff Kevin Scanlan
19. Date 7/19/22
21. Signature of Sheriff
22. Date

SHERIFF OF DELAWARE COUNTY
Jerry C. Sanders Jr.

24. I ACKNOWLEDGE RECEIPT OF THE SHERIFF'S RETURN OF AUTHORIZED ISSUING AUTHORITY AND TITLE. SIGNATURE
Date Received 20 2022

DCSD-1-1989

FILED
07-27-2022 01:38 PM
OFFICE OF JUDICIAL SUPPORT
DELAWARE COUNTY, PA

## 1. ISSUING AUTHORITY

Copying Prohibited

# SHERIFF'S DEPARTMENT
## DELAWARE COUNTY
201 WEST FRONT STREET, MEDIA, PENNSYLVANIA 19063 (610) 891-4296

**SHERIFF SERVICE**
**PROCESS RECEIPT, and AFFIDAVIT OF RETURN**

INSTRUCTIONS FOR SERVICE OF PROCESS: You must file one instruction sheet for each defendant. Please type.
Do Not detach any copies.

1. PLAINTIFF/S/ Anthony Pierre

2. COURT NUMBER CV-2022-004140

3. DEFENDANT/S/ Delaware County d/b/a George N. Hill Correctional Facility et al

4. TYPE OF WRIT OR COMPLAINT Complaint

**SERVE AT**

5. NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVICE Lisa Mistroddi

6. ADDRESS (Street or RFD, Apartment No., City, Boro, Twp., State and ZIP Code) 500 Cheney Rd Thornton PA 19373

7. INDICATE UNUSUAL SERVICE ☐ REG MAIL ☐ DEPUTIZE ☐ POST ☐ OTHER

Now, _____ 20____, I, SHERIFF OF DELAWARE COUNTY, PA., do hereby deputize the Sheriff of _____ County to execute this Writ and make return thereof according to law. This deputation being made at the request and risk of the plaintiff. _____

SHERIFF OF DELAWARE COUNTY

8. SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE

Deputy Sheriff

Invoice No. 477636
Amount Pd. $327.00
Docket #
Page

4 of 10

10 Copies

NOTE ONLY APPLICABLE ON WRIT OF EXECUTION: N.B. WAIVER OF WATCHMAN — Any deputy sheriff levying upon or attaching any property under within writ may leave same without a watchman, in custody of whomever is found in possession, after notifying person of levy or attachment, without liability on the part of such deputy or the sheriff to any plaintiff herein for any loss, destruction or removal of any such property before sheriff's sale thereof.

9. PRINT/TYPE NAME AND ADDRESS OF ATTORNEY/ORIGINATOR
Gary Schafkopf, Esq
11 Bala Ave
Bala Cynwyd PA 19004

10. TELEPHONE NUMBER 610-664-5200

11. DATE 7/6/22

12. SIGNATURE /s/ Gary Schafkopf

**SPACE BELOW FOR USE OF SHERIFF ONLY – DO NOT WRITE BELOW THIS LINE**

13. I acknowledge receipt of the writ or complaint as indicated above | SIGNATURE of Authorized DCSD Deputy or Clerk and Title MKH | 14. Date Filed RE/6-24-22 | 15. Expiration/Hearing date 30 Days

**TO BE COMPLETED BY SHERIFF**

16. Served and made known to Laura K Williams
on the 19th day of July 20 22, at 200 o'clock, P M.
at 500 Cheyney Rd, Thornton PA 19373 Street, County of Delaware.
Commonwealth of Pennsylvania, in the manner described below:
☐ Defendant(s) personally served.
☐ Adult family member with whom said Defendant(s) reside(s). Relationship is _____
☐ Adult in charge of Defendant's residence.
☐ Manager/Clerk of place of lodging in which Defendant(s) reside(s).
☒ Agent or person in charge of Defendant's office or usual place of business. Warden
☐ Posted _____
☐ Other _____

On the _____ day of _____, 20____, at _____ o'clock, _____ M.
Defendant not found because:
☐ Moved   ☐ Unknown   ☐ No Answer   ☐ Vacant   ☐ Other
REMARKS:
RETURNED:

**SO ANSWER.**

17. AFFIRMED and subscribed to before me this
20 day of _____ 20

18. Signature of Dep. Sheriff _____
21. Signature of Sheriff Kevin Scanlan
19. Date 7/19/22

23. _____ Notary Public
MY COMMISSION EXPIRES

22. Date

SHERIFF OF DELAWARE COUNTY
Jerry L. Sanders Jr.

24. I ACKNOWLEDGE RECEIPT OF THE SHERIFF'S RETURN SIGNATURE OF AUTHORIZED ISSUING AUTHORITY AND TITLE
25. Date Received JUL 2 0 2022

DCSD-1-1989

**1. ISSUING AUTHORITY**

# SHERIFF'S DEPARTMENT
## DELAWARE COUNTY
### 201 WEST FRONT STREET, MEDIA, PENNSYLVANIA 19063 (610) 891-4296

| SHERIFF SERVICE PROCESS RECEIPT, and AFFIDAVIT OF RETURN | INSTRUCTIONS FOR SERVICE OF PROCESS: You must file one instruction sheet for each defendant. Please type. Do Not detach any copies. |
|---|---|

1. PLAINTIFF/S/ Anthony Pierri

2. COURT NUMBER CV-2022-004140

3. DEFENDANT/S/ Delaware County d/b/a George W. Hill Correctional Facility et al

4. TYPE OF WRIT OR COMPLAINT Complaint

**SERVE** 5. NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVICE Sergeant Richbert

**AT** 6. ADDRESS (Street or RFD, Apartment No., City, Boro, Twp., State and ZIP Code) 500 Cheyney Rd Thornton PA 19373

7. INDICATE UNUSUAL SERVICE  ☐ REG. MAIL  ☐ DEPUTIZE  ☐ POST  ☐ OTHER

Now, _____, 20____, I, SHERIFF OF DELAWARE COUNTY, PA, do hereby deputize the Sheriff of _____ County to execute this Writ and make return thereof according to law. This deputation being made at the request and risk of the plaintiff.

8. SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE

SHERIFF OF DELAWARE COUNTY

Deputy Sheriff

Invoice No. 477636
Amount Pd. $327
Docket #
Page

5 of 10                    10 Copies

NOTE ONLY APPLICABLE ON WRIT OF EXECUTION: N.B. WAIVER OF WATCHMAN - Any deputy sheriff levying upon or attaching any property under within writ may leave same without a watchman, in custody of whomever is found in possession, after notifying person of levy or attachment, without liability on the part of such deputy or the sheriff to any plaintiff herein for any loss, destruction or removal of any such property, before sheriff's sale thereof.

9. PRINT/TYPE NAME AND ADDRESS OF ATTORNEY/ORIGINATOR
Gary Schafkopf, Esq
11 Bala Ave
Bala Cynwyd PA 19004

10. TELEPHONE NUMBER 610-664-5200

11. DATE 7/6/22

12. SIGNATURE /s/ Gary Schafkopf

## SPACE BELOW FOR USE OF SHERIFF ONLY – DO NOT WRITE BELOW THIS LINE

13. I acknowledge receipt of the writ or complaint as indicated above

SIGNATURE of Authorized DCSD Deputy or Clerk and Title MLH RE 6-24-22

14. Date Filed

15. Expiration/Hearing date 30 Days

### TO BE COMPLETED BY SHERIFF

16. Served and made known to Laura K Williams _____ , Defendant(s)
on the 19th day of July , 20 22 , at 200 o'clock, P . M.
at 500 Cheyney Rd, Thornton PA 19373 , Street, County of Delaware.
Commonwealth of Pennsylvania, in the manner described below:
☐ Defendant(s) personally served.
☐ Adult family member with whom said Defendant(s) reside(s). Relationship is _____
☐ Adult in charge of Defendant's residence.
☐ Manager/Clerk of place of lodging in which Defendant(s) reside(s).
☑ Agent or person in charge of Defendant's office or usual place of business. Warden
☐ Posted
☐ Other

On the _____ day of _____ , 20____ , at _____ o'clock, _____ . M.
Defendant not found because:
☐ Moved  ☐ Unknown  ☐ No Answer  ☐ Vacant  ☐ Other _____
REMARKS:
RETURNED:

17. AFFIRMED and subscribed to before me this _____
20 day of _____ 20____
23 _____
   Notary Public
MY COMMISSION EXPIRES

SO ANSWER

18. Signature of Deputy Sheriff Kevin Scanlan
21. Signature of Sheriff

19. Date 7/19/22

22. Date

SHERIFF OF DELAWARE COUNTY

24. I ACKNOWLEDGE RECEIPT OF THE SHERIFF'S RETURN SIGNATURE OF AUTHORIZED ISSUING AUTHORITY AND TITLE Jerry L. Sanders Jr.

25. Date Received 1 2 0 2022

DCSD-1-1989

FILED
07-27-2022 01:54 pm
OFFICE OF JUDICIAL SUPPORT
DELAWARE COUNTY, PA

**1. ISSUING AUTHORITY**

Copying Prohibited

# SHERIFF'S DEPARTMENT
## DELAWARE COUNTY
### 201 WEST FRONT STREET, MEDIA, PENNSYLVANIA 19063 (610) 891-4296

| SHERIFF SERVICE<br>PROCESS RECEIPT, and AFFIDAVIT OF RETURN | INSTRUCTIONS FOR SERVICE OF PROCESS: You must file one instruction sheet for each defendant. Please type.<br>Do Not detach any copies. |
|---|---|

1. PLAINTIFF/S/ Anthony Pieri

2. COURT NUMBER CV-2022-004140

3. DEFENDANT/S/ Delaware County d/b/a George W. Hill Correctional Facility

4. TYPE OF WRIT OR COMPLAINT Complaint

**SERVE AT**

5. NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVICE
Sergeant Sicalle

6. ADDRESS (Street or RFD, Apartment No., City, Boro, Twp., State and ZIP Code)
500 Cheney Rd Thornton PA 19373

7. INDICATE UNUSUAL SERVICE: ☐ REG. MAIL  ☐ DEPUTIZE  ☐ POST  ☐ OTHER

Now, _____ 20___, I, SHERIFF OF DELAWARE COUNTY, PA., do hereby deputize the Sheriff of _____ County to execute this Writ and make return thereof according to law. This deputation being made at the request and risk of the plaintiff. _____

SHERIFF OF DELAWARE COUNTY

8. SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE

Deputy Sheriff

Invoice No. 477636
Amount Pd $327.00
Docket #
Page

6 to 10        10 Copies

**NOTE ONLY APPLICABLE ON WRIT OF EXECUTION: N.B. WAIVER OF WATCHMAN** — Any deputy sheriff levying upon or attaching any property under within writ may leave same without a watchman, in custody of whomever is found in possession, after notifying person of levy or attachment, without liability on the part of such deputy to any plaintiff herein for any loss, destruction or removal of any such property before sheriff's sale thereof.

9. PRINT/TYPE NAME AND ADDRESS OF ATTORNEY/ORIGINATOR
Gary Schafkopf, Esq
11 Bala Av
Bala Cynwyd PA 19004

10. TELEPHONE NUMBER
610-664-5200

11. DATE
7-6-22

12. SIGNATURE
/S/ Gary Schafkopf

### SPACE BELOW FOR USE OF SHERIFF ONLY – DO NOT WRITE BELOW THIS LINE

13. I acknowledge receipt of the writ or complaint as indicated above

SIGNATURE of Authorized DCSD Deputy or Clerk and Title
AMRH REC 6.24.22

14. Date Filed
6.24.22

15. Expiration/Hearing date
30 Days

**TO BE COMPLETED BY SHERIFF**

16. Served and made known to Laura K. Williams _____, Defendant(s)
on the 19th day of July, 20 22, at 2:00 o'clock, P M.
at 500 Cheney Rd, Thornton PA 19373 Street, County of Delaware,
Commonwealth of Pennsylvania, in the manner described below:

☐ Defendant(s) personally served.
☐ Adult family member with whom said Defendant(s) reside(s). Relationship is _____
☐ Adult in charge of Defendant's residence.
☐ Manager/Clerk of place of lodging in which Defendant(s) reside(s).
☒ Agent or person in charge of Defendant's office or usual place of business. Warden
☐ Posted
☐ Other _____

On the _____ day of _____, 20___, at _____ o'clock, _____ M.
Defendant not found because:
☐ Moved  ☐ Unknown  ☐ No Answer  ☐ Vacant  ☐ Other _____

REMARKS:
RETURNED:

SO ANSWER,

17. AFFIRMED and subscribed to before me this
20 day of _____ 20___

18. Signature of Dep. Sheriff
Kevin Scanlan

19. Date 7/19/22

21. Signature of Sheriff

22. Date

23. _____ Notary Public

SHERIFF OF DELAWARE COUNTY

MY COMMISSION EXPIRES

24. I ACKNOWLEDGE RECEIPT OF THE SHERIFF'S RETURN SIGNATURE OF AUTHORIZED ISSUING AUTHORITY AND TITLE.
Jerry L. Sanders Jr.

25. Date Received
JUL 20 2022

DCSD-1-1989

FILED
07-27-2022 01:57 PM
OFFICE OF JUDICIAL SUPPORT
DELAWARE COUNTY, PA

## 1. ISSUING AUTHORITY

# SHERIFF'S DEPARTMENT
## DELAWARE COUNTY
201 WEST FRONT STREET, MEDIA, PENNSYLVANIA 19063 (610) 891-4296

| SHERIFF SERVICE PROCESS RECEIPT, and AFFIDAVIT OF RETURN | INSTRUCTIONS FOR SERVICE OF PROCESS: You must file one instruction sheet for each defendant. Please type. Do Not detach any copies. |
|---|---|

1. PLAINTIFF/S/ Anthony Premi

2. COURT NUMBER CV-2022-004145

3. DEFENDANT/S/ Delaware County d/b/a George W. Hill Correctional Facility et

4. TYPE OF WRIT OR COMPLAINT Complaint

**SERVE AT**

5. NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVICE
Mike Moore

6. ADDRESS (Street or RFD, Apartment No., City, Boro, Twp., State and ZIP Code)
500 Cheyney Rd Thornton PA 19373

7. INDICATE UNUSUAL SERVICE: ☐ REG. MAIL ☐ DEPUTIZE ☐ POST ☐ OTHER

Now, _____ 20_____, I, SHERIFF OF DELAWARE COUNTY, PA., do hereby deputize the Sheriff of _____ County to execute this Writ and make return thereof according to law. This deputation being made at the request and risk of the plaintiff. _____

SHERIFF OF DELAWARE COUNTY

8. SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE

Deputy Sheriff

Invoice No. 477636
Amount Pd. $327.00
Docket #
Page

Ecf10      10 Copies

NOTE ONLY APPLICABLE ON WRIT OF EXECUTION: N.B. WAIVER OF WATCHMAN — Any deputy sheriff levying upon or attaching any property under within writ may leave same without a watchman, in custody of whomever is found in possession, after notifying person of levy or attachment, without liability on the part of such deputy or the sheriff to any plaintiff herein for any loss, destruction or removal of any such property before sheriff's sale thereof.

9. PRINT/TYPE,NAME AND ADDRESS OF ATTORNEY/ORIGINATOR
Gary Schafkopf Esq
11 Bala Ave
Bala Cynwyd PA 19004

10. TELEPHONE NUMBER 610-664-5200

11. DATE 7/6/22

12. SIGNATURE /s/ Gary Schafkopf

## SPACE BELOW FOR USE OF SHERIFF ONLY – DO NOT WRITE BELOW THIS LINE

13. I acknowledge receipt of the writ or complaint as indicated above / SIGNATURE of Authorized DCSD Deputy or Clerk and Title MMH

14. Date Filed RE/6-24-22

15. Expiration/Hearing date 30 Days

### TO BE COMPLETED BY SHERIFF

16. Served and made known to Laura K. Williams, Defendant(s)
on the 19th day of July, 20 22, at 200 o'clock, P M.,
at 500 Cheyney Rd, Thornton PA 19373 Street, County of Delaware.

Commonwealth of Pennsylvania, in the manner described below:
☐ Defendant(s) personally served.
☐ Adult family member with whom said Defendant(s) reside(s). Relationship is _____
☐ Adult in charge of Defendant's residence.
☐ Manager/Clerk of place of lodging in which Defendant(s) reside(s).
☒ Agent or person in charge of Defendant's office or usual place of business. Warden
☐ Posted
☐ Other

On the _____ day of _____, 20 _____, at _____ o'clock, _____ M.
Defendant not found because:
☐ Moved ☐ Unknown ☐ No Answer ☐ Vacant ☐ Other

REMARKS:

RETURNED:

17. AFFIRMED and subscribed to before me this
20 day of _____ 20

23 _____
Notary Public

SO ANSWER.

18. Signature of Deputy Sheriff Kevin Scanlen

19. Date 7/19/22

21. Signature of Sheriff

22. Date

SHERIFF OF DELAWARE COUNTY

MY COMMISSION EXPIRES

24. I ACKNOWLEDGE RECEIPT OF THE SHERIFF'S RETURN SIGNATURE OF AUTHORIZED ISSUING AUTHORITY AND TITLE.
Jerry L. Sanders Jr.

25. Date Received JUL 2 0 2022

Copying Prohibited

DCSD-1-1989

## 1. ISSUING AUTHORITY

# SHERIFF'S DEPARTMENT
## DELAWARE COUNTY
201 WEST FRONT STREET, MEDIA, PENNSYLVANIA 19063 (610) 891-4296

**SHERIFF SERVICE**
**PROCESS RECEIPT, and AFFIDAVIT OF RETURN**

INSTRUCTIONS FOR SERVICE OF PROCESS: You must file one instruction sheet for each defendant. Please type.
Do Not detach any copies.

1. PLAINTIFF/S/ Anthony Piemi

2. COURT NUMBER CV-2022-004140

3. DEFENDANT/S/ Delaware County d/b/a George W. Hill Correctional Facility et al

4. TYPE OF WRIT OR COMPLAINT Complaint

**SERVE AT**

5. NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVICE Sergeant Hambre

6. ADDRESS (Street or RFD, Apartment No., City, Boro, Twp., State and ZIP Code) 500 Cheyney Rd Thornton PA 19373

7. INDICATE UNUSUAL SERVICE ☐ REG. MAIL ☐ DEPUTIZE ☐ POST ☐ OTHER

Now, _____ 20 _____, I, SHERIFF OF DELAWARE COUNTY, PA., do hereby deputize the Sheriff of _____ County to execute this Writ and make return thereof according to law. This deputation being made at the request and risk of the plaintiff.

SHERIFF OF DELAWARE COUNTY

8. SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE

Deputy Sheriff

Invoice No. 477636
Amount Pd. $327.00
Docket #
Page

7 of 10          10 Copies

NOTE ONLY APPLICABLE ON WRIT OF EXECUTION: N.B. WAIVER OF WATCHMAN — Any deputy sheriff levying upon or attaching any property under within writ may leave same without a watchman, in custody of whomever is found in possession, after notifying person of levy or attachment, without liability on the part of such deputy or the sheriff to any plaintiff herein for any loss, destruction or removal of any such property before sheriff's sale thereof.

9. PRINT/TYPE NAME AND ADDRESS OF ATTORNEY/ORIGINATOR
Gary Schafkopf, Esq
11 Bala Ave
Bala Cynwyd PA 19373

10. TELEPHONE NUMBER 610-664-5200

11. DATE 7/6/22

12. SIGNATURE /S/ Gary Schafkopf

**SPACE BELOW FOR USE OF SHERIFF ONLY – DO NOT WRITE BELOW THIS LINE**

13. I acknowledge receipt of the writ or complaint as indicated above

SIGNATURE of Authorized DCSD Deputy or Clerk and Title AMUM

14. Date Filed RE/6-24-22

15. Expiration/Hearing date 30 Days

**TO BE COMPLETED BY SHERIFF**

16. Served and made known to Laura K. Williams _____, Defendant(s)
on the 19th day of July 20 22 at 200 o'clock, P M.
at 500 Cheyney Rd, Thornton PA 19373 _____ Street, County of Delaware.

Commonwealth of Pennsylvania, in the manner described below:
☐ Defendant(s) personally served.
☐ Adult family member with whom said Defendant(s) reside(s). Relationship is _____
☐ Adult in charge of Defendant's residence.
☐ Manager/Clerk of place of lodging in which Defendant(s) reside(s).
☒ Agent or person in charge of Defendant's office or usual place of business. Warden
☐ Posted
☐ Other _____

On the _____ day of _____ 20 ____, at ____ o'clock, ____ M.
Defendant not found because:
☐ Moved   ☐ Unknown   ☐ No Answer   ☐ Vacant   ☐ Other _____

REMARKS:

RETURNED:

17. AFFIRMED and subscribed to before me this

20 day of _____ 20

23 _____
Notary Public

MY COMMISSION EXPIRES

**SO ANSWER.**

18. Signature of Dep. Sheriff
21. Signature of Sheriff Kim Scanlan

19. Date 7/19/22
22. Date 7/19/22

SHERIFF OF DELAWARE COUNTY
Jerry L. Sanders Jr.

24. I ACKNOWLEDGE RECEIPT OF THE SHERIFF'S RETURN SIGNATURE OF AUTHORIZED ISSUING AUTHORITY AND TITLE.

25. Date Received JUL 2 0 2022

DCSD-1-1989

Copying Prohibited

FILED
07-27-2022 01:58 PM
OFFICE OF JUDICIAL SUPPORT
DELAWARE COUNTY, PA

**1. ISSUING AUTHORITY**

# SHERIFF'S DEPARTMENT
## DELAWARE COUNTY
201 WEST FRONT STREET, MEDIA, PENNSYLVANIA 19063 (610) 891-4296

| SHERIFF SERVICE<br>PROCESS RECEIPT, and AFFIDAVIT OF RETURN | INSTRUCTIONS FOR SERVICE OF PROCESS: You must file one instruction sheet for each defendant. Please type.<br>Do Not detach any copies. |
|---|---|

1. PLAINTIFF/S/  
Anthony Pierre

2. COURT NUMBER  
CV-2022-004140

3. DEFENDANT/S/  
Delaware County d/b/a George W. Hill Correctional Facility

4. TYPE OF WRIT OR COMPLAINT  
Complaint

**SERVE** → 5. NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVICE  
K. Moore

**AT** → 6. ADDRESS (Street or RFD., Apartment No., City, Boro, Twp., State and ZIP Code)  
500 Cheney Rd Thornton PA 19373

7. INDICATE UNUSUAL SERVICE  ☐ REG. MAIL  ☐ DEPUTIZE  ☐ POST  ☐ OTHER

Now, _____ 20____, I, SHERIFF OF DELAWARE COUNTY, PA, do hereby deputize the Sheriff of _____ County to execute this Writ and make return thereof according to law. This deputation being made at the request and risk of the plaintiff.

SHERIFF OF DELAWARE COUNTY

8. SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE

Deputy Sheriff

Invoice No. 477636  
Amount Pd $327.00  
Docket #  
Page

10 of 10

100 pgs

NOTE ONLY APPLICABLE ON WRIT OF EXECUTION: N.B. WAIVER OF WATCHMAN — Any deputy sheriff levying upon or attaching any property under within writ may leave same without a watchman, in custody of whomever is found in possession, after notifying person of levy or attachment, without liability on the part of such deputy or the sheriff to any plaintiff herein for any loss, destruction or removal of any such property before sheriff's sale thereof.

9. PRINT/TYPE NAME AND ADDRESS OF ATTORNEY/ORIGINATOR  
Gary Schafkopf, Esq  
11 Bala Ave  
Bala Cynwyd PA 19004

10. TELEPHONE NUMBER  
610-664-5200

11. DATE  
7/6/22

12. SIGNATURE  
/s/ Gary Schafkopf

## SPACE BELOW FOR USE OF SHERIFF ONLY – DO NOT WRITE THIS LINE

13. I acknowledge receipt of the writ or complaint as indicated above

SIGNATURE of Authorized DCSD Deputy or Clerk and Title  
MAH RE/6-24-22

14. Date Filed  

15. Expiration/Hearing date  
30 Days

### TO BE COMPLETED BY SHERIFF

16. Served and made known to Laura K. Williams  
on the 19th day of July 20 22, at 200 o'clock, P. M.  
at 500 Cheney Rd., Thornton PA 19575 Street, County of Delaware.  
Commonwealth of Pennsylvania, in the manner described below:  
☐ Defendant(s) personally served.  
☐ Adult family member with whom said Defendant(s) reside(s). Relationship is _____  
☐ Adult in charge of Defendant's residence.  
☐ Manager/Clerk of place of lodging in which Defendant(s) reside(s).  
☑ Agent or person in charge of Defendant's office or usual place of business. Warden  
☐ Posted  
☐ Other

On the _____ day of _____, 20____, at _____ o'clock, _____ M.  
Defendant not found because:  
☐ Moved  ☐ Unknown  ☐ No Answer  ☐ Vacant  ☐ Other

REMARKS:  
RETURNED:

17. AFFIRMED and subscribed to before me this _____  
20 day of _____ 20____  
23 _____  
Notary Public  
MY COMMISSION EXPIRES

SO ANSWER

18. Signature of Dep. Sheriff  
Kevin Sanders

21. Signature of Sheriff  

19. Date  
7/19/22

22. Date

24. I ACKNOWLEDGE RECEIPT OF THE SHERIFF'S RETURN SIGNATURE OF AUTHORIZED ISSUING AUTHORITY AND TITLE  
Jerry C. Sanders Jr

SHERIFF OF DELAWARE COUNTY

25. Date Received  
JUL 20 2022

DCSD-1-1989

FILED  
07-27-2022 02:03 PM  
OFFICE OF JUDICIAL SUPPORT  
DELAWARE COUNTY, PA

1. ISSUING AUTHORITY

Copying Prohibited

# SHERIFF'S DEPARTMENT
## DELAWARE COUNTY
### 201 WEST FRONT STREET, MEDIA, PENNSYLVANIA 19063 (610) 891-4296

**SHERIFF SERVICE**
**PROCESS RECEIPT, and AFFIDAVIT OF RETURN**

INSTRUCTIONS FOR SERVICE OF PROCESS: You must file one instruction sheet for each defendant. Please type.
Do Not detach any copies.

| | |
|---|---|
| 1. PLAINTIFF/S/ Anthony Pierre | 2. COURT NUMBER CV-2022-004140 |
| 3. DEFENDANT/S/ Delaware County d/b/a George W. Hill Correctional Facility etc | 4. TYPE OF WRIT OR COMPLAINT Complaint |

**SERVE AT** →

5. NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVICE
G. Bhee

6. ADDRESS (Street or RFD, Apartment No., City, Boro, Twp., State and ZIP Code)
500 Cheyney Rd Thornton PA 19373

7. INDICATE UNUSUAL SERVICE ☐ REG MAIL ☐ DEPUTIZE ☐ POST ☐ OTHER

Now, _____ 20____, I, SHERIFF OF DELAWARE COUNTY, PA., do hereby deputize the Sheriff of _____ County to execute this Writ and make return thereof according to law. This deputation being made at the request and risk of the plaintiff. _____

SHERIFF OF DELAWARE COUNTY

8. SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE

Deputy Sheriff

Invoice No. 477636
Amount Pd. $327.00
Docket #
Page

9 of 10                    10 Copies

NOTE ONLY APPLICABLE ON WRIT OF EXECUTION: N.B. WAIVER OF WATCHMAN — Any deputy sheriff levying upon or attaching any property under within writ may leave same without a watchman, in custody of whomever is found in possession, after notifying person of levy or attachment, without liability on the part of such deputy or the sheriff to any plaintiff herein for any loss, destruction or removal of any such property before sheriff's sale thereof.

| 9. PRINT/TYPE NAME AND ADDRESS OF ATTORNEY/ORIGINATOR Gary Schafkopf, Esq 11 Bala Ave Bala Cynwyd PA 19004 | 10. TELEPHONE NUMBER 610-664-5200 | 11. DATE 7/6/22 |
|---|---|---|
| | 12. SIGNATURE (S) Gary Schafkopf | |

### SPACE BELOW FOR USE OF SHERIFF ONLY – DO NOT WRITE BELOW THIS LINE

| 13. I acknowledge receipt of the writ or complaint as indicated above | SIGNATURE of Authorized DCSD Deputy or Clerk and Title MMH | 14. Date Filed RE 6-24-22 | 15. Expiration/Hearing date 30 Days |
|---|---|---|---|

**TO BE COMPLETED BY SHERIFF**

16. Served and made known to Laura K. Williams _____ , Defendant(s)
on the 19th day of July 20 22, at 2:00 o'clock, P M.
at 500 Cheyney Rd, Thornton PA 19373
Street, County of Delaware.

Commonwealth of Pennsylvania, in the manner described below:
☐ Defendant(s) personally served.
☐ Adult family member with whom said Defendant(s) reside(s). Relationship is _____
☐ Adult in charge of Defendant(s) residence.
☐ Manager/Clerk of place of lodging in which Defendant(s) reside(s).
☑ Agent or person in charge of Defendant's office or usual place of business. Warden
☐ Posted
☐ Other

On the _____ day of _____ , 20 ____, at _____ o'clock, _____ M.
Defendant not found because:
☐ Moved ☐ Unknown ☐ No Answer ☐ Vacant ☐ Other

REMARKS:

RETURNED:

| 17. AFFIRMED and subscribed to before me this 20 day of _____ 20 _____ 23 _____ Notary Public | SO ANSWER, 18. Signature of Deputy Sheriff Kevin Sanders 21. Signature of Sheriff | 19. Date 7/19/22 22. Date |
|---|---|---|

MY COMMISSION EXPIRES

24. I ACKNOWLEDGE RECEIPT OF THE SHERIFF'S RETURN SIGNATURE OF AUTHORIZED ISSUING AUTHORITY AND TITLE.

Jerry K. Sanders Jr.

25. Date Received JUL 2 0 2022

FILED
07-27-2022 02:02 PM
OFFICE OF JUDICIAL SUPPORT
DELAWARE COUNTY, PA

DCSD-1-1989

**1. ISSUING AUTHORITY**