IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ANTHONY PIERRE,<br>*Plaintiff,*<br><br>v.<br><br>DELWARE COUNTY, et al.,<br>*Defendants.* | CIVIL ACTION NO. 2:22-cv-02989-MMB |
|---|---|

## ORDER

**AND NOW**, this 19th day of January, 2023, in considering Defendants' Motion to Dismiss Plaintiff's Amended Complaint, Plaintiff's Response in Opposition and Defendant's Reply, and for the reasons set forth in the accompanying memorandum of decision, it is hereby **ORDERED** that Defendants' Motion to Dismiss Plaintiff's Amended Complaint (ECF 25) is **GRANTED** without prejudice, and Plaintiff is granted leave to file a second amended complaint, within thirty (30) days.

BY THE COURT:

/s/ MICHAEL M. BAYLSON

**MICHAEL M. BAYLSON**
**United States District Judge**